UNITED STATES DISTRICT COURT

| | |
|---|---|
| EASTERN DIVISION | DISTRICT OF MASSACHUSETTS |
| | CIVIL ACTION NO. 04-12488WGY |

IRVING BACKMAN, )
    Plaintiff )
 )
v. ) NOTICE OF APPEARANCE
 )
RAMZAY GROUP OF COMPANIES, )
    Defendant )

Please enter our appearance on behalf of the Defendant, Ramzay Group of Companies, relative to the above-captioned matter. In the event that jurisdictional and service issues arise in responsive pleadings then counsel submit that their appearance be deemed a "Limited Appearance."

Respectfully Submitted,
RAMZAY GROUP OF COMPANIES

By Its Attorneys,

_____
John M. Goggins
Fisher, Stempler, Fisher & Goggins
47 Harvard Street
Worcester, MA 01609
Tel: (508)791-3466
BBO #631254

_____
Howard E. Stempler
Fisher, Stempler, Fisher & Goggins
47 Harvard Street
Worcester, MA 01609
Tel: (508)791-3466
BBO #547197

Dated: February 4, 2005

CERTIFICATE OF SERVICE

      I, John M. Goggins, Esq., hereby certify that on February 4, 2005 a true copy of the within Notice of Appearance was served upon Lawrence G. Green, Esq., Perkins, Smith & Cohen, LLP, One Beacon Street, 30th Floor, Boston, MA 02108-3106 by mailing a copy of same postage prepaid as well as by facsimile: (617)854-4040.

_____
John M. Goggins
Fisher, Stempler, Fisher & Goggins
47 Harvard Street
Worcester, MA 01609
Tel: (508)791-3466
BBO #631254