UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRVING A. BACKMAN,<br><br>Plaintiff<br><br>V.<br><br>RAMZAY GROUP OF COMPANIES,<br><br>Defendant | CIVIL ACTION NO. 04-12488 WGY |

### PLAINTIFF'S CERTIFICATION

Pursuant to Local Rule 16.1(D)(3) of this Court, the Plaintiff presents the following certification:

I, Irving A. Backman, hereby certify that I have conferred with my counsel with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Irving A. Backman

I, Lawrence G. Green, counsel for Irving A. Backman, hereby certify that I have conferred with my client with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

IRVING A. BACKMAN,
By his attorney,

Lawrence G. Green, BBO #209060
PERKINS SMITH & COHEN LLP
One Beacon Street, 30th Floor
Boston, Massachusetts 02108
(617) 854-4000
