UNITED STATES DISTRICT COURT

EASTERN DIVISION          DISTRICT OF MASSACHUSETTS
                                      DOCKET NO.: 04-12488WGY

IRVING BACKMAN, )
        Plaintiff )
        )
v. )
        )
RAMZAY GROUP OF COMPANIES, )
        Defendant )

### ASSENTED TO MOTION FOR LEAVE TO FILE DEFENDANT'S FIRST AMENDED ANSWER TO COMPLAINT AND COUNTERCLAIM

Now comes the Defendant and respectfully requests that this Honorable Court grant its assented to motion for leave to file Defendant's First Amended Answer to Complaint and Counterclaim pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

As the ground therefore, the Defendant states that the Defendant's Amended Answer and Counterclaim clarifies and accurately states the basis for the Defendant's counterclaim and has been assented to by Plaintiff's counsel.

                                              Respectfully submitted,
                                              The Ramzay Group of Companies,
                                              By Its Attorneys,

                                              _____
                                              Howard E. Stempler, BBO #547197
                                              John M. Goggins, BBO #631254
                                              Fisher, Stempler, Fisher & Goggins
                                              47 Harvard Street
                                              Worcester, MA 01609
DATE: [illegible]                       Tel: (508)791-3466

CERTIFICATE OF SERVICE

I, Howard E. Stempler, Esq., hereby certify that on August 15, 2005 a true copy of the within Assented to Motion for Leave to File Defendant's First Amended Answer to Complaint and Counterclaim was served upon Thomas Reith, Esq., Perkins, Smith & Cohen, LLP, One Beacon Street, 30th Floor, Boston, MA 02108-3106 by mailing a copy of same postage prepaid as well as by facsimile: (617)854-4040.

Howard E. Stempler
Fisher, Stempler, Fisher & Goggins
47 Harvard Street
Worcester, MA 01609
Tel: (508)791-3466
BBO #547197