UNITED STATES DISTRICT COURT

EASTERN DIVISION                    DISTRICT OF MASSACHUSETTS
                                    CIVIL ACTION NO. 04-12488WGY

| | |
|---|---|
| IRVING BACKMAN,<br>    Plaintiff | )<br>)<br>) |
| v. | ) **DEFENSE COUNSELS MOTION**<br>) **TO WITHDRAW** |
| RAMZAY GROUP OF COMPANIES,<br>    Defendant | )<br>) |

    Now come Attorney Howard E. Stempler and Attorney John M. Goggins, co-counsel for the Defendant, Ramzay Group of Companies, and move this Honorable Court allow them to withdraw as counsel for the Defendant. In support thereof, Attorney Stempler and Attorney Goggins state that the client/attorney relationship has broken down and is irreparable.

    WHEREFORE, Attorney Stempler and Attorney Goggins pray this Honorable Court allow them to withdraw as counsel in the above-captioned matter.

Respectfully Submitted,

_____           _____
Howard E. Stempler, Esquire         John M. Goggins, Esquire
47 Harvard Street                   47 Harvard Street
Worcester, MA 01609                 Worcester, MA 01609
(508) 754-6464                      (508) 791-3466
BBO#547197                          BBO#631254

CERTIFICATE OF SERVICE

We, Howard E. Stempler, Esquire and John M. Goggins, Esquire, hereby certify that on August 29, 2005, a true copy of the within Motion to Withdraw was served upon Lawrence G. Green, Esquire and Timothy Reith, Esquire, Perkins, Smith & Cohen, LLP, One Beacon Street, 30th Floor, Boston, MA 02108-3106 by mailing a copy of same postage prepaid as well as by facsimile: (617)854-4040.

Howard E. Stempler
John M. Goggins
Fisher, Stempler, Fisher & Goggins
47 Harvard Street
Worcester, MA 01609
Tel: (508)791-3466