UNITED STATES DISTRICT COURT

EASTERN DIVISION　　　　　　　　DISTRICT OF MASSACHUSETTS
　　　　　　　　　　　　　　　　DOCKET NO.: 04-12488WGY

IRVING BACKMAN,　　　　　　　　)
　　　　Plaintiff　　　　　　　)
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
RAMZAY GROUP OF COMPANIES,　　　)
　　　　Defendant　　　　　　　 )

### RENEWED MOTION FOR LEAVE TO WITHDRAW APPEARANCE

The undersigned hereby request this Court grant their request for leave to withdraw as counsel of record for Defendant, Ramzay Group of Companies. In support of this motion, the undersigned maintain that the irreconcilable conflicts which were present when counsel first filed this motion, are ongoing between counsel and client in this matter.

In the event this Court believes a hearing on this matter is necessary, the undersigned request the opportunity to submit information in *camera* in support of this Motion. See Mass.R.Prof.Con. Rule 1.6, Comments 18 and 19, and Matter of an Attorney, 14 Mass. Atty.Disc.Rpt. 804.

Respectfully Submitted,

_____　　　　　　　　_____
John M. Goggins, Esquire　　　　　　　　　Howard E. Stempler, Esquire
46 Wachusett Street　　　　　　　　　　　 22 Elm Street Suite 310
Worcester, MA 01609　　　　　　　　　　　 Worcester, MA 01608
(508) 798-2288　　　　　　　　　　　　　　(508) 459-5927
BBO#631254　　　　　　　　　　　　　　　　BBO#547197

Dated: December 5, 2005