UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRVING A. BACKMAN,<br><br>    Plaintiff<br><br>V.<br><br>RAMZAY GROUP OF COMPANIES,<br><br>    Defendant | CIVIL ACTION NO. 04-12488 WGY |

## NOTICE OF CHANGE OF FIRM NAME

On behalf of the Plaintiff, the undersigned counsel hereby notifies the Court and the Defendant of a change in firm name. Effective January 1, 2006, the undersigned counsel's firm name is Burns & Levinson LLP.

                                            Respectfully submitted,
                                            IRVING A. BACKMAN,
                                            By his attorneys,

                                            /s/ Thomas T. Reith
                                            Lawrence G. Green, BBO #209060
                                            Thomas T. Reith, BBO #648671
                                            BURNS & LEVINSON LLP
                                            One Beacon Street
                                            Boston, Massachusetts 02108
Dated: January 18, 2006                      (617) 854-4000

**CERTIFICATE OF SERVICE**

  I, Thomas T. Reith, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies and electronic copies will be sent to those indicated as non registered participants on January 18, 2006.

                /s/ Thomas T. Reith