UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 04cv12488-WGY

Irving A. Backman
Plaintiff

v.

Ramzay Group of Companies
Defendant

NOTICE OF DEFAULT

     Upon application of the Plaintiff, Irving A. Backman, for an order of Default for failure of the Defendants, Ramzay Group of Companies, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendants have been defaulted on January 24, 2006.

Sarah A. Thornton,
Clerk

By: /s/Matthew A. Paine
_____
Deputy Clerk

Notice mailed to counsel of record and defendants.