UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IRVING A. BACKMAN,

     Plaintiff

V.                                                    CIVIL ACTION NO. 04-12488 WGY

RAMZAY GROUP OF COMPANIES,

     Defendant

## AFFIDAVIT OF PLAINTIFF IRVING A. BACKMAN IN SUPPORT OF HIS REQUEST FOR ENTRY OF DEFAULT JUDGMENT

I, Irving A. Backman, do hereby depose and state:

1.      At all times relevant to this case, I have been in the business of assisting scientists and entrepreneurs in helping them develop and market technology.

2.      In the year 2000, I was approached by a partnership known as the "Phoenix Group" to provide funding for a start-up company engaged in the development of "Glow Discharge Plasma Technology" in exchange for certain marketing rights and equity.

3.      On or about September 20, 2000, I and members of the Phoenix Group, Edward Levin, Olexandr Zayika and Vasily Bakhar entered into an agreement (the "2000 Agreement"), a true and authentic copy which is appended hereto as Exhibit 1.

4.      As a result of the 2000 Agreement, Water Works Global, Inc. ("WWG") was incorporated in Delaware in October 2000 for the purpose of developing and marketing the Glow Discharge Plasma Technology (the "Technology").

5.    Pursuant to the 2000 Agreement, I provided funding to WWG in the amount of $200,000.00. (I actually provided more than required under the 2000 Agreement, beyond the $200,000.00.)

6.    In the latter part of 2002, Ed Levin introduced me to the Defendant, Ramzay Group of Companies (the "Defendant"), who expressed interest in acquiring a portion of my marketing rights and equity in WWG.

7.    Following discussions and negotiations, on or about December 10, 2002, the Defendant and I entered into a "Memorandum of Understanding and Agreement" (the "2002 Agreement"), a true and authentic copy which is appended hereto as <u>Exhibit 2</u>, pursuant to which the Defendant agreed to undertake the following obligations:

(a)    to pay me the sum of $185,000.00 in exchange for a portion of my marketing and equity rights, with $75,000.00 to be paid on or before December 23, 2002, an additional $25,000.00 on or before February 15, 2003, and an additional $85,000.00 within six weeks after successful completion of the Technology demonstration test;

(b)    to finance acquisition of demonstration equipment by WWG and help organize demonstration tests up to a limit of $100,000.00 of expenses;

(c)    to provide loans of up to $2,000,000.00 over a period of two years for a new entity, ABS Systems, Inc. ("ABS"), to market the Technology; and

(d)    to pay me a $1,500.00 monthly consulting fee upon the successful completion of demonstration tests, for a seven-year period thereafter.

8.    The 2002 Agreement was amended on two occasions in 2003, which amendments are appended hereto as <u>Exhibit 3</u>.

9.    The 2002 Agreement and the amendments thereto were prepared and entered into in Massachusetts.

10.    Although the Defendant paid me a total of $100,000.00 under the 2002 Agreement, it was late in its payment of installments. Notwithstanding the fact that the

2

Defendant confirmed in writing on June 6, 2003 (see Exhibit 4 hereto) that the Technology demonstration tests had been satisfactorily performed, the Defendant breached its obligation to pay the remaining $85,000.00 due to me.

11.    The Defendant further breached the 2002 Agreement by paying only $53,510.00 of the $100,000.00 to be paid for demonstration expenses.

12.    The Defendant also breached the 2002 Agreement by failing to fulfill its commitment to make $2,000,000.00 available to ABS.  Pursuant to the governing agreement, ABS was to use the $2,000,000 to fund WWG's marketing and testing of the Technology, so as "to guaranty business success."  See Exhibit 2, pg. 2 of 4, ¶2(C).  Because the Defendant did not make the $2,000,000.00 available, WWG failed and, ultimately, was forced to file for bankruptcy protection.  In turn, I lost my entire investment in WWG.

13.    In further breach of its obligations under the 2002 Agreement, the Defendant failed to pay me the $1,500.00 monthly consulting fee.

14.    As a direct and approximate result of the Defendant's breaches of obligations under the governing agreement, I have incurred monetary damages as follows:

(a)    **$85,000.00**.  This amount represents the installment due under the 2002 Agreement (see ¶¶7(a) and 10 above);

(b)    **$46,490.00**.  This amount represents the remaining reimbursement for payment of demonstration expenses (see ¶¶7(b) and 11 above);

(c)    **$643,696.76**.  This amount represents my out-of-pocket losses incurred when WWG failed because of the Defendant's refusal to fund the $2,000,000.00 (see ¶¶7(c) and 12 above).  More specifically, but for the Defendant's failure to fund

the $2,000,000.00, WWG would have succeeded and not been forced into

bankruptcy, and I would not have lost or had to expend the following monies:

- **$30,000.00** for patent fees I paid associated with Technology patent work to Boldgett & Boldgett (see ledger and Internal Revenue Service ("IRS") forms appended hereto as <u>Exhibit 5</u> evidencing such payments).

- **$65,030.00** for monies I paid to Ed Levin of the Phoenix Group for payment of WWG expenses (see ledger appended hereto as <u>Exhibit 6</u> evidencing such payments).

- **$143,900.00** for monies I paid directly to WWG, which included loans that WWG did not repay (see ledger appended hereto as <u>Exhibit 7</u> evidencing such payments).[1]

- **$36,000.00** for monies I paid to John Swartzbaugh as a consultant on the East Coast, who was charged with organizing the Technology testing and presentations (see IRS forms appended hereto as <u>Exhibit 8</u> evidencing such payments).

- **$134,281.28** for monies I paid to Damon Schlenske as a consultant in the West, who was charged with organizing the Technology testing and presentations (see ledger, checks, my personal file notes and IRS forms appended hereto as <u>Exhibit 9</u> evidencing such payments).

- **$47,898.17** for monies I paid to Perkins Smith & Cohen LLP (now Burns & Levinson LLP) in connection with WWG's failure and bankruptcy proceedings (see legal services invoice summary, ledger and IRS forms appended hereto as <u>Exhibit 10</u> evidencing such payments).[2]

- **$129,219.97** for 2/3 of my staff's payroll expenses for the time period 9/1/2000-12/31/2004, and those monies I paid towards my staff's Social Security, Unemployment Taxes and health insurance for the same time period, during which time period my staff dedicated itself to the promotion of the Technology and the success of WWG (see IRS forms appended hereto as <u>Exhibit 11</u> evidencing such payments).[3]

- **$6,030.00** for monies I paid to Ed Levin for introducing me to the

---

[1] Please note, the $5,000.00 expense for "Demonstration" costs paid via check number 19195 are in addition to those identified at category "(b)" above. The $5,000.00 is not duplicative of any other damages sought.

[2] Please note, although the ledger identifies certain sums paid in connection with the present matter, I have not included those monies I paid in connection with the present matter in this or any other damage figure here.

[3] Please note, the expenses from only the last three months of payroll and related expenses from 2000 are attributable to the Defendant. I used the payroll of 2001, divided by four months, to develop the payroll costs for the last quarter of 2000, from which I calculated the 2/3 payroll expense and Social Security, Unemployment Taxes and health insurance figure for 2000. Thus, the absence of the 2000 IRS form.

- **$6,030.00** for monies I paid to Ed Levin for introducing me to the Defendant and negotiating various portions of the 2002 Agreement (see ledger, checking account statement and wire transfer information appended hereto as Exhibit 12 evidencing such payments).

- **$46,000.00** for monies I paid to Attorney Jack Backman in regard to WWG. He completed the 2000 Agreement and related assignment and loan agreements with WWG (see ledger and checking account statement appended hereto as Exhibit 13 evidencing such payments).

- **$5,337.34** for monies paid to temporary personnel agency John Leonard for providing me office and marketing service personnel who dedicated their time to the Technology demonstration program (see ledger appended hereto as Exhibit 14 evidencing such payments).

(d)    **$126,000.00** (the $1,500.00 monthly consulting fees for the seven-year

term, beginning on June 6, 2003, the date of the successful technology tests;

see ¶¶7(d), 10 and 13 above).

The Defendant owes me a total of **$901,186.76** for the above monies, which I would not have

lost or had to expend but for the Defendant's breaches of our agreement.

15.    The Defendant also owes me **$303,983.91** in interest. I have calculated the

interest at 12% per annum on the $901,186.76 from July 18, 2003 -- six weeks after the

successful June 6, 2003 technology test -- because the Defendant repudiated and breached the

governing agreement immediately thereafter by refusing and failing to pay me the $85,000.00

installment due and owing under the 2002 Agreement. See ¶¶7(a), 10 and 14.

Signed this __10__ day of April 2006 under the pains and penalties of perjury.

Irving A. Backman

---

of 2000, from which I calculated the 2/3 payroll expense and Social Security, Unemployment Taxes and health insurance figure for 2000. Thus, the absence of the 2000 IRS form.

Defendant and negotiating various portions of the 2002 Agreement (see ledger, checking account statement and wire transfer information appended hereto as Exhibit 12 evidencing such payments).

- **$46,000.00** for monies I paid to Attorney Jack Backman in regard to WWG. He completed the 2000 Agreement and related assignment and loan agreements with WWG (see ledger and checking account statement appended hereto as Exhibit 13 evidencing such payments).

- **$5,337.34** for monies paid to temporary personnel agency John Leonard for providing me office and marketing service personnel who dedicated their time to the Technology demonstration program (see ledger appended hereto as Exhibit 14 evidencing such payments).

(d)    **$126,000.00** (the $1,500.00 monthly consulting fees for the seven-year term, beginning on June 6, 2003, the date of the successful technology tests; see ¶¶7(d), 10 and 13 above).

The Defendant owes me a total of **$901,186.76** for the above monies, which I would not have lost or had to expend but for the Defendant's breaches of our agreement.

15.    The Defendant also owes me **$303,983.91** in interest. I have calculated the interest at 12% per annum on the $901,186.76 from July 18, 2003 -- six weeks after the successful June 6, 2003 technology test -- because the Defendant repudiated and breached the governing agreement immediately thereafter by refusing and failing to pay me the $85,000.00 installment due and owing under the 2002 Agreement. See ¶¶7(a), 10 and 14.

Signed this _____ day of April 2006 under the pains and penalties of perjury.

_____

Irving A. Backman

## **CERTIFICATE OF SERVICE**

I, Thomas T. Reith, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). I, Thomas T. Reith, hereby further certify that paper copies of this document have been sent via international mail, return receipt requested, and electronic copies of this document have been emailed to those indicated as non-registered participants on April 10, 2006.

/s/ Thomas T. Reith

# EXHIBIT 1

Copy

EXHIBIT 1

# An Agreement

This agreement is between Irving A. Backman of Newton, Massachusetts, USA (hereinafter referred to as "IB"); Edward Levin of the Hague, Netherlands, Vasily Bakhar of Moscow, Russia and Alexander Zayika of Dnepropetrovsk, Ukraine; all three of which will be hereafter referred to as "THE PHOENIX GROUP".

### A. Background Information:

THE PHOENIX GROUP has represented to IB that it has developed certain advanced technology (hereinafter referred to as "THE TECHNOLOGY") over the past 10 - 12 years, utilizing a Low Temperature Plasma – (LTP) to purify contaminated water from both organic and inorganic bodies.

THE PHOENIX GROUP claims it has several Russian Patents issued on this breakthrough technology, but it has also developed improvements, which it believes, can now be patented in the U.S., and internationally thereafter.

THE PHOENIX GROUP further claims that their system will be efficient, cost effective and competitive. THE PHOENIX GROUP states that it is aware of and has read articles on the "GLOW DISCHARGE PLASMA SYSTEM" funded by the U.S. Department of Energy which is being developed by the Pacific Northwest National Laboratory (PNNL) in Richland, Washington, also utilizing a LTP to separate contaminants from a body of water or waste stream. THE PHOENIX GROUP claims the "GLOW DISCHARGE PLASMA" utilizes similar concepts or technology, but it cannot perform as well as "THE TECHNOLOGY" developed by THE PHOENIX GROUP and any patents applied for and issued to THE PHOENIX GROUP on their technology will not infringe on the "GLOW DISCHARGE PLASMA SYSTEM", or any patents issued for it, or any other patents.

### B. Purpose of Agreement:

THE PHOENIX GROUP requires financing to patent its improved technology in the U.S. and internationally and it also requires financing to build several working models of its system for demonstration in the U.S. (or elsewhere). A budget of $200,000 U.S. has been prepared by THE PHOENIX GROUP to accomplish this goal and IB has been approached by THE PHOENIX GROUP to provide the financing under the following conditions which has been agreed upon by both IB and THE PHOENIX GROUP:

1.      IB will fund the full $200,000 in monthly stages according to the budget to be approved by IB. Funding by IB will include direct funding from IB, or one of his related Family Trusts, or from contracts, grants, or investments by other sources. Further, funding will consist of a minimum of 50% equity and 50% in some form of debt instrument for a minimum of 3 years and an interest rate not in excess of 2% above the prime rate. To finance patent work and demo units construction, IB will provide the maximum of $200,000. Should additional funding be required to complete the above tasks, The Phoenix Group will be responsible to source these additional funds.

However, the budget for the first month will be limited to $10,000 which will be utilized by THE PHOENIX GROUP to complete a patent search on its intended patents and prepare a write-up or summary for IB of the various patents it intends to file. IB will use this description to engage a U.S. Patent Attorney for the required filings. THE PHOENIX GROUP will then prepare each required patent in Russian, translate it into English, and then forward it to IB or his selected law firm, to file for patent approval. Once a Patent Attorney is selected by IB, then monthly funding will start and THE PHOENIX GROUP will also commence building approximately 2 – 3 different demonstration models for demonstration in the US under the supervision of the Phoenix Group.

After IB has funded $20,000 or more for THE PHOENIX GROUP and in the event IB is not satisfied with the results, performance, or the progress of THE PHOENIX GROUP, IB will have the option, at his sole discretion, to discontinue further funding of THE PHOENIX GROUP. In such event, IB could forfeit certain equity shares or royalties outlined in Paragraph 3 and 5 below.

2.      THE PHOENIX GROUP represents these demonstration models should be ready in 5 to 6 months for demonstration use in the US after the start of full scale funding. It is contemplated the small model will be able to clean up about 120 gallons of contaminated water per hour, and the second, a larger demonstration model should be able to clean up about 5,280 gallons per hour.

3.      Within 30 days of the signing of this Agreement THE PHOENIX GROUP will form an U.S. Corporation to fulfill the intents of this Agreement.
"THE TECHNOLOGY" and all patents related to "THE TECHNOLOGY" will be assigned to the new corporation which will be named THE PHOENIX CORP., or any other name selected by THE PHOENIX GROUP. (Later references to THE PHOENIX CORP. or THE PHOENIX GROUP are the same.)

Equity in the Phoenix Corporation will be divided as follows:

25% to Edward Levin, 25% to Vasily Bakhar, 25% to Alexander Zayika, and 15% to IB. However, the shares held by IB could be forfeited if IB does not complete certain funding requirements as outlined below:

When IB provides $150,000 or more of funding, he will retain his entire 15% share of equity; when $125,000 of funding is provided, IB will retain 11% equity; when 100,000 of funding is provided, IB will retain 8% share of equity; when 50,000, of funding is provided, IB will retain 6% share of equity; when 20,000 of funding is provided, IB will retain 3% share of equity. If under $20,000 of funding is provided, IB will retain 0% of equity.

If, after the above funding is completed, it is decided that further financing is required and IB is instrumental, directly or indirectly in assisting with obtaining $750,000 or more, he will be provided with an additional 8% of equity, (providing he has completed his prior financing obligations.) If IB is instrumental in obtaining an additional $500,000 to the total of $1,250,000, he will be provided with additional 2 % of equity, for the total of 25% ownership of the Phoenix Corporation.

4.      Progress Reports:

THE PHOENIX GROUP will send IB a written report at least every 2 weeks, summarizing the progress during the past 2 weeks, what is expected to be accomplished in the next 2 weeks, as well as any other information that reflects on long-term goals or budget requirements. Once monthly, a summary of expenditures and budget projections should also be furnished along with the budget request for the following month.

5.      Royalties to IB:

After the funding of $60,000 by IB, IB will be entitled to receive 2% royalties on all future PHOENIX CORP. sales.  After the funding of $125,000 by IB, the royalty to IB will be increased to 4%.
If after funding of $200,000 by IB and he later is directly or indirectly instrumental in obtaining an additional $750,000 or more of funding to THE PHOENIX GROUP, he will receive an additional 1% royalty payment.

6.    18 Month Option to IB to Market the Technology:

IB will have the exclusive rights in certain territories to market the
Phoenix products and Technology related to water purification and the
separation or extraction of precious metals for the next 25 years, provided
he has completed funding of $150,000 or more to THE PHOENIX
GROUP.    These territories include all of North America (including
Mexico), plus Peru and Columbia in South America, if IB chooses to
establish a new corporation or entity for that purpose (hereinafter referred
to as New-Corp. for the purpose of this Memo).

IB, or any Investor Group selected by him will have 60% ownership of
New-Corp. and 40% will be owned by THE PHOENIX CORP. In order
for New-Corp. To retain its exclusive rights to the above technology or
products, and after 18 months after start-up, it will have to generate
at least $150,000 in fees, royalties or dividends to THE PHOENIX
CORP. during the next 12 month period; $200,000 after the next 12
months and thereafter a minimum of $250,000 per year. If such income
is not generated for THE PHOENIX CORP., the rights to exclusivity will
be lost, but not the marketing rights. Any equipment or products
manufactured by THE PHOENIX CORP. and sold to New-Corp. will be
sold at a price of 25 % lower than the most preferential price but no more
then 50% over the actual costs.

7.    Collateral:

All equipment, prototypes, working models, designs and data related to
the technology (but not patents) held or owned by THE PHOENIX
GROUP or the Phoenix Corp. will be assigned to IB as collateral for his
funding, loans or investments. The amounts, owed to IB will be treated as
a corporate debt and will be repaid to IB before any dividends could be
issued.

After IB has recovered 125% of his investments or funding, such
collateral will be released. IB will have the option at any time to assign
all or part of his interests or royalties to any family member, family trust,
or other entity.

8.    Support to IB of Sales and Contracts:

The Phoenix Corp will use its best efforts to provide to IB products,
service, training and other needs he might require to successfully
operate and grow New-Corp.

9.   It is agreed by IB and the Phoenix Group that if and when a decision is made to bring in additional funding or partners, the equity participation in the Phoenix Corp held by all concerned will be reduced proportionately.

This Agreement, dated September 20, 2000 is a Massachusetts Agreement  and is subject to and enforceable in the Massachusetts Courts  and a telefax transmission of this Agreement shall be legal and binding upon all parties that are part of this Agreement.

AGREED TO BY:

_____          _____
Edward Levin                       Alexander Zayika

_____          _____
Vasily Bakhar                      Irving A. Backman

A8302000

# EXHIBIT 2

# Memorandum of Understanding and Agreement

Between

## Irving A. Backman of Newton Massachusetts, USA

And

## RAMZAY Group of Companies of Moscow, Russian Federation,

### Dated December 10, 2002

**1.** Background Information. Irving Backman (Backman) has certain contractual marketing and other rights, assigned to him by Water Works Global, Incorporated (WWGI) of Voorburg, The Netherlands, formerly known as The Phoenix Group or the Phoenix Corporation. These contractual rights relates to certain technologies, developed by (multiple worldwide patents pending) WWGI, and described as technologies for "water purification and the separation or extraction of precious metals". This technology has also been referred to as "Glow Discharge Plasma Technology" as well as "Torch Technology". These rights, assigned to Backman are fully described in an Agreement dated September 20, 2000, signed by Edward Levin, Olexandr Zayika, Vasily Bakhar and Irving Backman, which is attached hereto and made part of this Agreement. Likewise, WWGI has approved the formation of ABS Systems, Inc. (ABS) as the corporate entity that will own all the rights, previously assigned to Backman under par. 6 of the Agreement of September 20, 2000. Under the Agreement, Backman will own 60% of ABS, and WWGI will own 40%. Backman also represents that, according to the Agreement, Backman will own 60% of the marketing rights, assigned to him and WWGI will own 40%. Backman also certifies that he completed the funding of $200,000 to the WWGI, as required under p.1 and p.2 of the Agreement. Backman also owns 15% of stock of WWGI.

**2.** RAMZAY Group of companies (RAMZAY) is interested in acquiring Backman's marketing rights, equity in WWGI and certain other rights under the above mentioned Agreement with WWGI, and the following terms have been agreed upon for this transaction:

**A.** This Agreement will become effective upon the payment of $75,000 to Backman by RAMZAY, which is to be paid prior to December 23, 2002

**B.** Upon execution of this Agreement, RAMZAY will immediately finance acquisition of demonstration equipment from WWGI and will help organize Demonstration tests at ECS in Massachusetts and several possible locations in Florida. The budget for these demonstration tests and the tests program itself will be discussed and agreed upon by both RAMZAY and Backman. RAMZAY undertakes to fully finance these demonstrations, up to the limit of $100,000.



**C.** RAMZAY will assume obligation to provide ABS (company, into which marketing rights described above will be assigned into upon incorporation. RAMZAY may decide to select another name for the company, with Backman's agreement) with loans of up to $2,000,000 over the period of two years to guaranty business success. These loans will be at rate of libor plus 2 or at the US Prime Rate, whichever is less, and will be available after the successful demonstration of the technology.

**D.** On February 15, 2003, RAMZAY will pay Backman additional $25,000, if it looks as if the test program, scheduled for the spring of y2003 will not be delayed. Prior to February 15th, 2003, parties to this agreement will undertake to agree on the program of the Demonstration tests and method of determining what constitutes "successful or unsuccessful" tests. The demonstrations tests are expected to be carried out in the spring of y2003; once it is determined that the tests are successful, RAMZAY will then pay Backman $85,000 within 6 weeks after successful completion of the Demonstration tests, plus the prior amount $25,000 if not paid previously. In consideration of this total payment of $185,000, Backman will transfer 50% of his 60% interest (30%) his marketing rights to RAMZAY, or an affiliated company, selected by RAMZAY. Simultaneously, Backman will also transfer all of his voting rights of his remaining 30% of marketing rights to RAMZAY, so that RAMZAY will then vote its 60% to incorporate ABS and to elect officers and directors. Should RAMZAY decide not to purchase remaining Backman's interests at an end of an option, described in E. below, the voting rights for the interests not purchased from Backman or ABS, will revert back to Backman.

**E.** Until the next option date, which will be 9 months after the successful demonstration tests in Massachusetts and/or Florida are completed, but no later then 15 months from the signing of this agreement, RAMZAY will have an option to purchase the remaining 30% of Backman's marketing rights, still owned by Backman, or his 30% interest in ABS for the purchase price of $200,000. If and when this option is exercised, RAMZAY will then own a total of 60% of marketing rights (or ABS Systems), and Backman will own 0%.

**F.** If RAMZAY decides not to exercise the above option (described in E), RAMZAY will then continue own its 30% in ABS Systems, and Backman will own his 30%, and each will have voting rights to their shares of stock. However, RAMZAY will then be required to place $75,000 in escrow to satisfy the following situation: should ABS Systems be unsuccessful in its business affairs, and not able to pay the first royalty or fee payment to WWGI of $150,000 at the end of the first 12 months period as described in an Agreement between Backman and WWGI of September 20, 2000 p.6., and it is then decided by Backman or ABS to continue with business and not to lose exclusive marketing rights, the said above $75,000 will constitute RAMZAY's obligation. ABS Systems will then retain its exclusive marketing rights for an additional 12 months period by making payment of $150,000 to WWGI.

G. RAMZAY will also have an option to purchase Backman's 15% equity interest in WWGI, according to the following schedule:

**1).** Option 1 – Option to purchase 1/3 of Backman's 15% interest (or 5%) in WWGI within 1 year from the date of signing of this agreement for the price of $125,000

**2).** Option 2 – Option to purchase remaining 10% equity interest in WWGI within 2 years from the date of signing of this agreement for the purchase price of $400,000

It should be noted that under the September 20, 2000 Agreement, under Par. 9, Backman's equity interests may proportionately be diluted together with other Shareholders equity interest in WWGI.   In such an event, the above option will only be applicable to Backman's diluted equity interests.

**H.** During any of the option periods, including option period to purchase marketing rights or equity, Backman will be prohibited from selling, or offering for sale, or otherwise issue rights or shares, described in this agreement. In case of an untimely demise of Mr. Backman, his estate will assume the same obligations toward RAMZAY, and RAMZAY will have the same obligations to the Estate of I. Backman as if Backman was alive. In the event any of the RAMZAY's options are not exercised by RAMZAY within the option period, Backman will have full option rights will revert back to Backman without any restriction.

**I.** It is possible that Backman may acquire an additional 8% to 10% equity interest in WWGI under paragraph 3 of the September 20, 2000 Agreement through the investments or funding of J. Dorfman or Teklink or their affiliates. So, if Backman does acquire this additional stock interest, RAMZAY will have an option to purchase, within two years from the date of this agreement, 8% interest for the purchase price of $320,000, or 10% interest for the purchase price of $400,000. Other then the above situation, RAMZAY will stand in place of Backman (RAMZAY will be entitled to whatever rights Backman has for additional stock under p. 3 of the Agreement of September 20, 2002)

**J.** According to the Agreement between Backman and WWGI, Backman will own rights to a certain royalty payments, described as 4% royalty on all WWGI sales. RAMZAY will have an option to purchase this royalty rights from Backman by paying him $1,000,000 for 50% of the royalty rights (2%) or $2,000,000 for 100% of the royalty rights (4%). This option can be exercised within a 2 year period after the signing of this Agreement.

**K.** 30 days after the successful completion of the demonstration tests in Massachusetts and/or Florida, ABS will start paying a consulting fee of $1,500 per month to Backman for the period of up to 7 years, provided he is available for reasonable consultations at his offices or by telephone. In the event his health or other unforeseen events, including disability or death, prevent him from providing such consulting services, the above fee of $1,500 monthly shall be paid by ABS for a total period of 5 years.

3. In the event questions arise as to the length or any extension of the demonstration tests and additional costs, or any other subject mater, I. Backman and RAMZAY will strive to

resolve such questions among themselves, each relying on the good faith dealings of the other.

4. This Agreement, dated December 10, 2002 is a Massachusetts Agreement, and is subject to and enforceable in the courts of Massachusetts and a telefax transmission of this Agreement shall be legal and binding upon all parties that are part of this Agreement. All references to dollars in this Agreement refer to US dollars.

Agreed to by:

The RAMZAY Group of Companies


Ilya Gordeev, President


Irving A. Backman

EXHIBIT 3

# An AMENDMENT # 1
## To
# Memorandum of Understanding and Agreement
### Between
### Irving A. Backman of Newton Massachusetts, USA
### And
### RAMZAY Group of Companies of Moscow, Russian Federation,

**Dated December 10, 2002**

1. Parties to the above named Agreement have agreed that in the event RAMZAY does not exercise the option, outlined in Paragraph E of the above Agreement of December 10, 2002, by the payment of $200,000, I. Backman will have the option within 24 months after the date of the above agreement, to repurchase RAMZAY's entire interest in ABS by payment to RAMZAY, or their designee, of $185,000 (provided such amount has already been paid to I Backman, or the lesser amount if less than $185,000 has been paid to I. Backman by RAMZAY) within 10 days of notice, and RAMZAY will then return or give up any or all interest in ABS, or the marketing rights of I. Backman to the Water Works Global Technology, and the above Dec. 10, 2002 agreement will thus be canceled. In such an event, all other investments and/or payments by RAMZAY into ABS or for demonstration tests prior to the expiration of the option, outlined in Paragraph E of the above Agreement, will be forfeited.

2. The parties to the above named Agreement have agreed to extend the date of the Agreement activation (last date, on which the first contractual payment to I. Backman should be made) to January 10th, 2003. Both parties have also agreed that the first payment will be in the amount of $100,000, instead of $75,000, as called for in the Agreement.

3. In the event that RAMZAY has failed to take steps, as outlined in Paragraph B of the above Agreement during the first 30 day period of activation, I Backman may, in his sole discretion cancel the Agreement of Dec. 10, 2002, on or before Feb. 10, 2003, and refund to RAMZAY their first payment of $100,000 to I. Backman, provided that such payment has been received by I. Backman.

Agreed to by:

The RAMZAY Group of Companies

_____  3. 01. 2003
Ilya Gofdeev, President

_____
Irving A. Backman

АССОЦИАЦИЯ ПРОИЗВОДИТЕЛЕЙ И ПРОДАВЦОВ МОРОЖЕНОГО "СТОЛИЧНОЕ МОРОЖЕНОЕ"

## "КОМПАНИЯ РАМЗАЙ"

109029, г. Москва, Михайловский пр-д, 3, тел. (095) 276-55-11, 276-18-91, 276-35-68, факс: (095) 276-23-71
E-mail:ramzay@ramzay.ru

№ _____
На _____ от _____

### An Amendment # 2
### To
### Memorandum of Understanding and Agreement
### Between
### Irving A. Backman of Newton Massachusetts USA
### And
### RAMZAY Group of Companies of Moscow, Russian
### Federation, dated December 10, 2002

March 25, 2003

1.    Parties to the above named Agreement have agreed that so long as RAMZAY completes payment of $100.000 to Backman (of which $40,000 has already been paid) on or about March 28th, 2003, and also makes next payment of the approved Demonstration tests Budget (Budget of Jan. 5, 2002) on or about the same date of March 28th, 2003, then the above mentioned Memorandum of Understanding and Agreement, together with an Amendment # 1 to the above Agreement will remain in full force

2.    Parties have also agreed that so long as the conditions of the above paragraph are met and because of the delays in the beginning of the US Demonstrations tests, to extend the activation date of the Memorandum of Understanding and Agreement of December 10, 2002 (date from which certain time periods, options etc. take count) to January 15th, 2003

Agreed to by:

The RAMZAY Group of Companies

_____
Vasliy Koshevoy, Vice President

Irving A. Backman

_____

EXHIBIT 4

# RAMZAY GROUP OF COMPANIES
## MICHAYLOVSKIY PROYEZD 3
## MOSCOW, RUSSIAN FEDERATION

IRVING A. BACKMAN AND ASSOCIATES
35 WENDELL ROAD
NEWTON, MA 02459 USA

**June 6, 2003**

Dear Irving,

This letter is to be viewed as confirmation that RAMZAY GROUP OF COMPANIES has reviewed all currently available information on the results of demonstration tests, performed in AGAWAM, MA in April 2003 by Water Works Global, Inc, and find them satisfactory. Thus, RAMZAY is prepared to complete next milestone of our Agreement of December 10th, 2002 by paying you $85,000 within next 6 weeks. Kindly arrange for Water Works Global's consent to transfer agreed upon marketing rights, being acquired by RAMZAY into TECHWATER, INC at your earliest convenience, so that we can complete the above wire transfer.

Thank you very much,

Vasily Koshevoy,
VP Finances, RAMZAY

# EXHIBIT 5

## Itemized Categories
### 9/1/1995 Through 4/5/2006 (Cash Basis)

3/30/2006                                                                                    Page 1

| Cat/Sub | Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|---|
| **EXPENSES** | | | | | | | |
| **Legal Fees** | | | | | | | |
| | 1/19/2001 | Checking-C... | 17401 | Blodgett & Blodgett, P.C. | Legal & Patent F... | | -3,000.00 |
| | 7/23/2001 | Checking-C... | 17677 | Blodgett & Blodgett, P.C. | | | -3,000.00 |
| | 12/17/2001 | Checking-C... | 17884 | Blodgett & Blodgett, P.C. | | | -10,000.00 |
| | 1/8/2002 | Checking-C... | 17909 | Blodgett & Blodgett, P.C. | Final Payment L... | | -5,000.00 |
| TOTAL Legal Fees | | | | | | | -21,000.00 |
| | | | | | | | |
| **Project Exp** | | | | | | | |
| **Patent** | | | | | | | |
| | 5/15/2001 | Checking-C... | 17568 | Blodgett & Blodgett, P.C. | Legal & Patent F... | | -3,000.00 |
| | 6/12/2001 | Checking-C... | 17613 | Blodgett & Blodgett, P.C. | Legal & Patent F... | | -3,000.00 |
| TOTAL Patent | | | | | | | -6,000.00 |
| | | | | | | | |
| Water Works Gl... | | | | | | | |
| | 4/3/2001 | Checking-C... | 17510 | Blodgett & Blodgett, P.C. | Legal & Patent F... | | -3,000.00 |
| TOTAL Water W... | | | | | | | -3,000.00 |
| TOTAL Project Exp | | | | | | | -9,000.00 |
| | | | | | | | |
| **TOTAL EXPENSES** | | | | | | | -30,000.00 |
| | | | | | | | |
| **OVERALL TOTAL** | | | | | | | -30,000.00 |

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | |
|---|---|---|

IRVING BACKMAN

35 WENDELL ROAD
NEWTON MA 02459
(617) 969-2044

| | 1 Rents | 2 Royalties | OMB No. 1545-0115 |
|---|---|---|---|
| | $ | $ | **2002** |
| | 3 Other income | 4 Federal income tax withheld | Miscellaneous |
| | $ | $ | Income |
| | 5 Fishing boat proceeds | 6 Medical & health care pmts. | |

PAYER'S Federal identification number: 04-2381698
RECIPIENT'S identification number: 04-2713794

| 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | Form 1099-MISC |
|---|---|---|
| $    5000.00 | | Copy C For Payer |

RECIPIENT'S name   Check to enter separate first and last names. ☐

BLODGETT & BLODGETT, P.C.

| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds | For Privacy Act and Paperwork Reduction Act Notice, see the 2002 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
|---|---|---|

Street address (including apt no.)

43 HIGHLAND STREET

City, state, and ZIP code

WORCESTER MA 01609

| 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
|---|---|---|
| $ | $ | |
| 15 | | |

Account number(optional)                    2nd TIN Not. ☐

| 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|
| $ | | $ |
| $ | | $ |

Form 1099-MISC
A

Department of the Treasury - Internal Revenue Service

---

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | |
|---|---|---|

IRVING BACKMAN

35 WENDELL ROAD
NEWTON MA 02459
(617) 969-2044

| | 1 Rents | 2 Royalties | OMB No. 1545-0115 |
|---|---|---|---|
| | $ | $ | **2001** |
| | 3 Other income | 4 Federal income tax withheld | Miscellaneous |
| | $ | $ | Income |
| | 5 Fishing boat proceeds | 6 Medical & health care pmts. | |

PAYER'S Federal identification number: 04-2381698
RECIPIENT'S identification number: 04-2713794

| 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | Form 1099-MISC |
|---|---|---|
| $   25000.00 | | Copy C For Payer |

RECIPIENT'S name

BLODGETT & BLODGETT, P.C.

| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds | For Privacy Act and Paperwork Reduction Act Notice, see the 2001 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
|---|---|---|

Street address (including apt no.)

43 HIGHLAND STREET

City, state, and ZIP code

WORCESTER MA 01609

| 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
|---|---|---|
| $ | $ | |
| 15 | | |

Account number(optional)                    2nd TIN Not. ☐

| 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|
| $ | | $ |
| $ | | $ |

Form 1099-MISC
DXA

Department of the Treasury - Internal Revenue Service

# EXHIBIT 6

## Itemized Categories 2000-2006
### 9/1/2000 Through 12/31/2004 (Cash Basis)

3/1/2006

Page 1

| Cat/Sub | Date | Account | Num | Description | Memo | Amount |
|---|---|---|---|---|---|---|
| **EXPENSES** | | | | | | |
| Bank- Charge | | | | | | |
| | 9/21/2... | Checking-... | EFT | Ed Levin/Phoeni... | | -30.00 |
| TOTAL Bank- Charge | | | | | | -30.00 |
| Project Exp | | | | | | |
| Patent | | | | | | |
| | 9/21/2... | Checking-... | EFT | Ed Levin/Phoeni... | Advance fo... | -10,000.00 |
| | 11/2/2... | Checking-... | EFT | Ed Levin/Phoeni... | Advance fo... | -12,500.00 |
| | 11/16/... | Checking-... | EFT | Ed Levin/Phoeni... | Advance fo... | -15,000.00 |
| TOTAL Patent | | | | | | -37,500.00 |
| Travel | | | | | | |
| | 12/19/... | Checking-... | EFT | Ed Levin/Phoeni... | | -27,500.00 |
| TOTAL Travel | | | | | | -27,500.00 |
| TOTAL Project Exp | | | | | | -65,000.00 |
| **TOTAL EXPENSES** | | | | | | -65,030.00 |
| OVERALL TOTAL | | | | | | -65,030.00 |

EXHIBIT 7

# Itemized Categories 2000-2006

9/1/2000 Through 12/31/2004 (Cash Basis)

3/1/2006



| Cat/Sub | Date | Account | Num | Description | Memo | Amount |
|---|---|---|---|---|---|---|
| EXPENSES | | | | | | |
| Loan | | | | | | |
| | 3/14/2... | Checking-... | 18004 | **VOID****VOID... | Additional L... | 0.00 |
| TOTAL Loan | | | | | | 0.00 |
| Project Exp | | | | | | |
| Water Works Global Inc. | | | | | | |
| | 1/18/2... | Checking-... | EFT | Water Works Gl... | Expense - ... | -27,000.00 |
| | 2/14/2... | Checking-... | EFT | Water Works Gl... | Expense - ... | -20,000.00 |
| | 2/20/2... | Checking-... | 19195 | Water Works Gl... | Demonstrat... | -5,000.00 |
| TOTAL Water Works Global Inc. | | | | | | -52,000.00 |
| TOTAL Project Exp | | | | | | -52,000.00 |
| TOTAL EXPENSES | | | | | | -52,000.00 |
| TRANSFERS | | | | | | |
| Checking-Citizens (New) 1134956999 | | | | | | |
| | 3/7/2001 | NR-Water... | | Water Works Gl... | Ref #4113/... | 17,500.00 |
| | 4/3/2001 | NR-Water... | | Water Works Gl... | REF 4312 | 10,500.00 |
| | 4/20/2... | NR-Water... | | Water Works Gl... | Ref #1913 | 9,000.00 |
| | 7/18/2... | NR-Water... | | Water Works Gl... | Loan | 10,000.00 |
| | 9/28/2... | NR-Water... | | Water Works Gl... | Additional L... | 6,600.00 |
| | 10/29/... | NR-Water... | | Water Works Gl... | Additional L... | 6,600.00 |
| | 11/19/... | NR-Water... | | Water Works Gl... | Additional L... | 10,000.00 |
| | 2/20/2... | NR-Water... | | Water Works Gl... | Additional L... | 10,000.00 |
| | 3/29/2... | NR-Water... | | Water Works Gl... | Additional L... | 5,000.00 |
| TOTAL Checking-Citizens (New) 1134956... | | | | | | 85,200.00 |
| NR-WaterWorks Global | | | | | | |
| | 3/7/2001 | Checking-... | EFT | Water Works Gl... | Ref #4113/... | -17,500.00 |
| | 4/3/2001 | Checking-... | EFT | Water Works Gl... | REF 4312 | -10,500.00 |
| | 4/20/2... | Checking-... | EFT | Water Works Gl... | Ref #1913 | -9,000.00 |
| | 7/18/2... | Checking-... | EFT | Water Works Gl... | Loan | -10,000.00 |
| | 8/22/2... | Checking-... | 17719 | Water Works Gl... | ADDITION... | -6,700.00 |
| | 9/28/2... | Checking-... | 17773 | Water Works Gl... | Additional L... | -6,600.00 |
| | 10/29/... | Checking-... | 17809 | Water Works Gl... | Additional L... | -6,600.00 |
| | 11/19/... | Checking-... | 17838 | Water Works Gl... | Additional L... | -10,000.00 |
| | 2/20/2... | Checking-... | 17969 | Water Works Gl... | Additional L... | -10,000.00 |
| | 3/29/2... | Checking-... | EFT | Water Works Gl... | Additional L... | -5,000.00 |
| TOTAL NR-WaterWorks Global | | | | | | -91,900.00 |

Expenses
A. 52,000
B 91,900
Total 143,900

LOANS - $85,200

# EXHIBIT 8

☐ VOID    ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | |
|---|---|---|---|
| IRVING BACKMAN | $ | | **Miscellaneous Income** |
| | 2 Royalties | **2000** | |
| 35 WENDELL ROAD | $ | | |
| NEWTON MA 02459 | 3 Other income | | |
| (617) 969-2044 | | Form 1099-MISC | |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 4 Federal income tax withheld | 5 Fishing boat proceeds | Copy C |
|---|---|---|---|---|
| 04-2381698 | 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 | $ | | For Payer |

RECIPIENT'S name

JOHN S. SWARTZBAUGH

| | 6 Medical & health care pmts. | 7 Nonemployee compensation | For Privacy Act and Paperwork |
|---|---|---|---|
| Street address (including apt no.) | $ | $ 3750.00 | Reduction Act Notice, see the |
| | 8 Substitute payments in lieu of dividends or interest | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 2000 General Instructions for |
| City, state, and ZIP code | $ | | Forms 1099, 1098, 5498, and W-2G. |

| Account number(optional) | | 2nd TIN Not. ☐ | 10 Crop insurance proceeds | 11 State income tax withheld | |
|---|---|---|---|---|---|
| | | | $ | $ | |
| | | | 12 State/Payer's state number | 13 | |
| | | | | $ | |

Form **1099-MISC**                                    Department of the Treasury - Internal Revenue Service

---

☐ VOID    ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | 2 Royalties | OMB No. 1545-0115 |
|---|---|---|---|
| IRVING BACKMAN | $ | $ | **2001** |
| | 3 Other income | 4 Federal income tax withheld | **Miscellaneous Income** |
| 35 WENDELL ROAD | $ | $ | |
| NEWTON MA 02459 | 5 Fishing boat proceeds | 6 Medical & health care pmts. | |
| (617) 969-2044 | $ | $ | Form 1099-MISC |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | Copy C |
|---|---|---|---|---|
| 04-2381698 | 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 | $ 15000.00 | | For Payer |

RECIPIENT'S name

JOHN S. SWARTZBAUGH

| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds | For Privacy Act and Paperwork |
|---|---|---|---|
| Street address (including apt no.) | | $ | Reduction Act Notice, see the |
| | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | 2001 General Instructions for |
| City, state, and ZIP code | $ | $ | Forms 1099, 1098, 5498, and W-2G. |
| | 15 | | |

| Account number(optional) | | 2nd TIN Not. ☐ | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|---|---|
| | | | $ | | $ |
| | | | $ | | $ |

Form **1099-MISC**
DXA                                              Department of the Treasury - Internal Revenue Service

☐ VOID  ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents $ | 2 Royalties $ | OMB No. 1545-0115 |
| IRVING BACKMAN | 3 Other income $ | 4 Federal income tax withheld | **2003** |
| 35 WENDELL ROAD<br>NEWTON MA 02459<br>(617) 969-2044 | 5 Fishing boat proceeds $ | 6 Medical & health care pmts. $ | **Miscellaneous Income** |
|  |  |  | Form 1099-MISC |

| PAYER'S Federal identification number<br>04-2381698 | RECIPIENT'S identification number<br>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 | 7 Nonemployee compensation $ 7250.00 | 8 Substitute payments in lieu of dividends or interest | Copy C<br>For Payer |
| RECIPIENT'S name    Check to enter separate first and last names.<br>JOHN S. SWARTZBAUGH | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds | For Privacy Act and Paperwork Reduction Act Notice, see the |
| Street address (including apt no.)<br>98 POPPONESSET MARKETPLACE | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | 2003 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| City, state, and ZIP code<br>MASHPEE MA 02649 | 15 |  |  |
| Account number (optional) | 2nd TIN Not. ☐ | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |

Form **1099-MISC**<br>DXA

Department of the Treasury - Internal Revenue Service

---

☐ VOID  ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents $ | 2 Royalties $ | OMB No. 1545-0115 |
| IRVING BACKMAN | 3 Other income $ | 4 Federal income tax withheld | **2002** |
| 35 WENDELL ROAD<br>NEWTON MA 02459<br>(617) 969-2044 | 5 Fishing boat proceeds $ | 6 Medical & health care pmts. $ | **Miscellaneous Income** |
|  |  |  | Form 1099-MISC |

| PAYER'S Federal identification number<br>04-2381698 | RECIPIENT'S identification number<br>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 | 7 Nonemployee compensation $ 10000.00 | 8 Substitute payments in lieu of dividends or interest | Copy C<br>For Payer |
| RECIPIENT'S name    Check to enter separate first and last names.<br>JOHN S. SWARTZBAUGH | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds | For Privacy Act and Paperwork Reduction Act Notice, see the |
| Street address (including apt no.)<br>98 POPPONESSET MARKETPLACE | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | 2002 General Instructions for Forms 1099, 1098, 5498, and W-2G. |
| City, state, and ZIP code<br>MASHPEE MA 02649 | 15 |  |  |
| Account number(optional) | 2nd TIN Not. ☐ | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |

Form **1099-MISC**<br>DXA

Department of the Treasury - Internal Revenue Service

# EXHIBIT 9

## Itemized Categories 2000-2006
### 9/1/2000 Through 12/31/2004 (Cash Basis)

Page 1

3/1/2006

| Cat/Sub | Date | Account | Num | Description | Memo | Amount |
|---|---|---|---|---|---|---|
| **EXPENSES** | | | | | | |
| Consultants | | | | Damon Schlenske | Consulting ... | -5,000.00 |
| | 5/27/2... | Checking-... | 19338 | | | -5,000.00 |
| TOTAL Consultants | | | | | | 0.00 |
| Project Exp | | | | **VOID**Damon ... | Expense R... | -900.00 |
| | 1/11/2... | Checking-... | 17393 | Damon Schlenske | Computer ... | -900.00 |
| | 3/20/2... | Checking-... | 19236 | | | |
| SUBTOTAL Project Exp | | | | | | |
| Computer Services | 12/19/... | Checking-... | 17369 | Damon Schlenske | Additional ... | -3,250.00 |
| | 4/16/2... | Checking-... | EFT | Damon Schlenske | RE: Compu... | -2,700.00 |
| | 4/29/2... | Checking-... | EFT | Damon Schlenske | RE: Compu... | -2,200.00 |
| TOTAL Computer Services | | | | | | -8,150.00 |
| Consulting | 2/27/2... | Checking-... | 19210 | Damon Schlenske | Consulting ... | -4,000.00 |
| | 3/26/2... | Checking-... | 19238 | Damon Schlenske | Consulting ... | -5,000.00 |
| | 4/23/2... | Checking-... | 19287 | Damon Schlenske | Consulting ... | -5,000.00 |
| TOTAL Consulting | | | | | | -14,000.00 |
| New Life Care | 12/30/... | Checking-... | EFT | Damon Schlens... | Expense R... | -9,500.00 |
| TOTAL New Life Care | | | | | | -9,500.00 |
| Travel | 9/8/2000 | Checking-... | EFT | Damon Schlenske | Reimburse... | -2,000.00 |
| | 9/15/2... | Checking-... | 17228 | Damon Schlenske | Reimburse... | -2,000.00 |
| | 10/24/... | Checking-... | 17273 | Damon Schlenske | Reimburse... | -2,500.00 |
| | 11/9/2... | Checking-... | 17295 | Damon Schlenske | Reimburse... | -2,500.00 |
| | 11/28/... | Checking-... | 17319 | Damon Schlenske | Additional T... | -1,000.00 |
| | 12/13/... | Checking-... | 17354 | Damon Schlenske | Computer ... | -8,000.00 |
| | 1/22/2... | Checking-... | EFT | Damon Schlenske | Expense R... | -3,000.00 |
| | 2/13/2... | Checking-... | EFT | Damon Schlenske | Expense R... | -3,000.00 |
| | 3/16/2... | Checking-... | EFT | Damon Schlenske | Expense R... | -2,500.00 |
| | 3/27/2... | Checking-... | 17498 | Damon Schlenske | Travel Expe... | -500.00 |
| | 4/11/2... | Checking-... | 17521 | Damon Schlenske | Expense R... | -2,500.00 |
| | 5/11/2... | Checking-... | 17561 | Damon Schlenske | Expense R... | -2,500.00 |
| | 6/7/2001 | Checking-... | 17605 | Damon Schlenske | Expense R... | -3,250.00 |
| | 7/12/2... | Checking-... | 17669 | Damon Schlenske | Expense R... | -3,000.00 |
| | 7/17/2... | Checking-... | EFT | Damon Schlenske | Ref #151713 | -6,500.00 |
| | 8/15/2... | Checking-... | 17712 | Damon Schlenske | Expense R... | -2,500.00 |
| | 9/13/2... | Checking-... | 17750 | Damon Schlenske | Expense R... | -2,000.00 |
| | 10/15/... | Checking-... | EFT | Damon Schlenske | Ref#10134... | -2,000.00 |
| | 11/13/... | Checking-... | 17831 | **VOID**Damon ... | Expense R... | 0.00 |
| | 11/21/... | Checking-... | EFT | Damon Schlenske | Expense R... | -2,000.00 |
| | 12/6/2... | Checking-... | 17866 | Damon Schlenske | Expense R... | -2,000.00 |
| | 1/8/2002 | Checking-... | 17911 | Damon Schlenske | Expense R... | -2,000.00 |
| | 2/19/2... | Checking-... | 19189 | Damon Schlenske | Expense R... | -1,000.00 |
| | 4/9/2003 | Checking-... | TXFR | Damon Schlenske | | -6,800.00 |
| | 5/1/2003 | Checking-... | 19301 | Damon Schlenske | Addt'l Trave... | -1,096.28 |
| | 6/19/2... | Checking-... | 19369 | Damon Schlenske | Advance E... | -12,500.00 |
| | 8/9/2003 | Checking-... | 19489 | Damon Schlenske | Expense R... | -2,000.00 |
| | 10/3/2... | Checking-... | 19525 | Damon Schlenske | Expense R... | -2,000.00 |
| | 11/1/2... | Checking-... | 19564 | Damon Schlenske | Expense R... | -650.00 |
| | 6/9/2004 | Checking-... | 19851 | Damon Schlenske | Expense R... | -2,700.00 |
| | 6/23/2... | Checking-... | 19868 | Damon Schlenske | Travel Expe... | -1,100.00 |
| | 7/9/2004 | Checking-... | 19881 | Damon Schlenske | Expense R... | -14,000.00 |
| | 8/13/2... | Checking-... | 19918 | Damon Schlenske | Expense R... | -635.00 |
| TOTAL Travel | | | | | | -101,731.28 |
| TOTAL Project Exp | | | | | | -134,281.28 |

17354

**IRVING A. BACKMAN**
IRVING A. BACKMAN & ASSOCIATES
35 WENDELL ROAD
NEWTON CENTRE, MA 02459-2650

CITIZENS BANK
MASSACHUSETTS

5-7017/2110

12-14-00

PAY
TO THE
ORDER OF   DAMON SCHLENSKE          $ 8,000 XX

EIGHT THOUSAND                    XX          DOLLARS

MEMO *Re Travel & Computer Expense Reimbursement*

AUTHORIZED SIGNATURE

⑈017354⑈ ⑆211070175⑆ 1130700507⑈          ⑈0000800000⑈

---

MT 517543613 4/18/07                                          17319

**IRVING A. BACKMAN**
IRVING A. BACKMAN & ASSOCIATES
35 WENDELL ROAD
NEWTON CENTRE, MA 02459-2650

CITIZENS BANK
MASSACHUSETTS

5-7017/2110                    11/28/2000

PAY
TO THE
ORDER OF   Damon Schlenske                    $ **1,000.00

One Thousand and 00/100***************                    DOLLARS

Damon Schlenske
1437 Helena Ave., Suite #5
P.O. Box 4176
Helena, Montana 59604

MEMO   Additional Travel Expenses

AUTHORIZED SIGNATURE

⑈017319⑈ ⑆211070175⑆ 1130700507⑈          ⑈0000100000⑈

---

17295

**IRVING A. BACKMAN**
IRVING A. BACKMAN & ASSOCIATES
35 WENDELL ROAD
NEWTON CENTRE, MA 02459-2650

CITIZENS BANK
MASSACHUSETTS

5-7017/2110                    11/9/2000

PAY
TO THE
ORDER OF   Damon Schlenske                    $ **2,500.00

Two Thousand Five Hundred and 00/100*************                    DOLLARS

Damon Schlenske
1437 Helena Ave., Suite #5
P.O. Box 4176
Helena, Montana 59604

MEMO   Reimbursement of Travel Expenses

AUTHORIZED SIGNATURE

⑈017295⑈ ⑆211070175⑆ 1130700507⑈          ⑈0000250000⑈

Check To Damon Schlenske #17273 — $2,500
Dated 10/24/00 (See check Register for 11/00)
Cleared bank 10/31/03 (See Citizens Bank Statement
for Oct 1 - 31, 2000)

# CITIZENS BANK

**1-800-922-9999**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

**1** OF **2**

Beginning October 01, 2000
through October 31, 2000

US059 BR880           35    1

**IRVING A BACKMAN & ASSOCIATES**
**35 WENDELL RD**
**NEWTON CENTER MA  02459-2650**

---

## Commercial Checking

**SUMMARY**

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 27,087.31 |
| Checks | 67,002.61 - |
| Debits & Fees | 123,104.73 - |
| Deposits & Credits | 239,197.26 + |
| Current Balance | 76,177.23 = |

IRVING A BACKMAN & ASSOCIATES
**Commercial Checking**
113070-050-7

| | Previous Balance |
|---|---|
| | 27,087.31 |

**TRANSACTION DETAILS**

**Checks** * There is a break in check sequence

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 0 | 111.59 | 10/02 | 17256 | 46.62 | 10/17 |
| 17231* | 108.33 | 10/03 | 17257 | 182.07 | 10/16 |
| 17232 | 117.81 | 10/02 | 17259* | 1,250.00 | 10/20 |
| 17235* | 60.00 | 10/04 | 17260 | 1,575.34 | 10/17 |
| 17238* | 1,000.00 | 10/04 | 17261 | 523.56 | 10/17 |
| 17240* | 36.00 | 10/06 | 17262 | 1,500.00 | 10/17 |
| 17241 | 15.00 | 10/05 | 17264* | 10.00 | 10/20 |
| 17242 | 25.00 | 10/16 | 17265 | 132.93 | 10/19 |
| 17246* | 2,000.00 | 10/02 | 17266 | 34,791.20 | 10/27 |
| 17247 | 6,765.00 | 10/10 | 17267 | 117.81 | 10/25 |
| 17248 | 700.00 | 10/12 | 17268 | 108.33 | 10/25 |
| 17249 | 350.00 | 10/19 | 17269 | 6,750.00 | 10/25 |
| 17250 | 363.91 | 10/16 | 17270 | 363.91 | 10/27 |
| 17251 | 681.08 | 10/10 | 17271 | 681.08 | 10/25 |
| 17252 | 43.56 | 10/13 | 17273* | 2,500.00 | 10/31 |
| 17253 | 271.00 | 10/11 | 17275* | 3,000.00 | 10/30 |
| 17254 | 106.98 | 10/11 | 17278* | 429.50 | 10/31 |
| 17255 | 285.00 | 10/12 | | | |

| | Total Checks |
|---|---|
| | 67,002.61 |

Check Register

Page 1

Checking-Citizens
11/8/'00

| Date | Num | Payee | Category | Memo | Amount | C | Balance |
|------|-----|-------|----------|------|--------|---|---------|
| 10/3/'00 | EFT | SOC.SEC. DIRECT DEP... | Soc Sec De... | | 1,338.00 | | 17,144.58 |
| 10/3/'00 | EFT | From Citizens | CAPITAL C... | | 15,000.00 | | 32,144.58 |
| 10/3/'00 | DEP | MBNA America | IB Mastercard | 0311-001-60 | -16,000.00 | | 16,144.58 |
| 10/5/'00 | 17247 | SAROCA | [NR-Saroca] | | -6,765.00 | | 9,379.58 |
| 10/6/'00 | DEP | Dean Whittier | CAPITAL C... | Loan | 40,000.00 | | 49,379.58 |
| 10/6/'00 | DEP | MONY/28904 | Commisions | | 1,518.75 | | 50,898.33 |
| 10/6/'00 | DEP | Energy Products of Idaho | Gain on Settl... | | 4,500.00 | | 55,398.33 |
| 10/6/'00 | 17248 | L aPointe, Torrisi, Stanle... | Accting Fees | Professional ... | -700.00 | | 54,698.33 |
| 10/6/'00 | 17249 | Petros Koutrakis | Project Exp:... | Crete Projec... | -350.00 | | 54,348.33 |
| 10/6/'00 | 17250 | ANN M. O'BRIEN | Payroll | PAYCHECK ... | -363.91 | | 53,984.42 |
| 10/6/'00 | 17251 | BESSIE TSAIRIDIS | Payroll | PAYCHECK ... | -681.08 | | 53,303.34 |
| 10/6/'00 | 17252 | Airborne Express | Post-Mail-Del | Inv#C34487... | -43.56 | | 53,259.78 |
| 10/6/'00 | 17253 | MASS D.E.T. | Payroll Taxes | 04-2381698... | -271.00 | | 52,988.78 |
| 10/6/'00 | 17254 | COMM OF MA | [State Tax W... | 042-381-698... | -106.98 | | 52,881.80 |
| 10/6/'00 | 17255 | James Kelly & Sons, Inc. | Maintenance | Invoice #102... | -285.00 | | 52,596.80 |
| 10/6/'00 | 17256 | LUCENT TECHNOLOGIES | Telephone E... | 9/6/00 - A/C... | -46.62 | | 52,550.18 |
| 10/6/'00 | 17257 | BOSTON EDISON | Electricity | A/0 9/25/00 ... | -182.07 | | 52,368.11 |
| 10/6/'00 | 17258 | **VOID** | | | 0.00 | R | 52,368.11 |
| 10/10/'00 | DEP | MBNA America | IB Mastercard | 0311-001-60 | -20,000.00 | | 32,368.11 |
| 10/12/'00 | 17259 | John S.Swartzbaugh | Consulting F... | Consulting F... | -1,250.00 | | 31,118.11 |
| 10/13/'00 | DEP | Conseco Life Insurance ... | Commisions | | 245.05 | | 31,363.16 |
| 10/13/'00 | DEP | EV Rider | Royalties | | 8,598.44 | | 39,961.60 |
| 10/13/'00 | DEP | EV Rider | Fees | Agent Fee In... | 6,143.00 | | 46,104.60 |
| 10/13/'00 | 17260 | CITY OF NEWTON | Taxes-Real ... | REAL ESTA... | -1,575.34 | | 44,529.26 |
| 10/13/'00 | 17261 | CITY OF NEWTON | Utilities:Hom... | WATER BIL... | -523.56 | | 44,005.70 |
| 10/13/'00 | 17262 | LAPOINTE, TORRISI, ST... | Accting Fees | Inv.#10/3/00;... | -1,500.00 | | 42,505.70 |
| 10/13/'00 | 17263 | **VOID** | | 0049189 - 1... | 0.00 | R | 42,505.70 |
| 10/13/'00 | 17264 | The Salvation Army | Charities | Donation | -10.00 | | 42,495.70 |
| 10/13/'00 | 17265 | RCN OF MASSACHUSE... | Telephone E... | 0049189 - 1... | -132.93 | | 42,362.77 |
| 10/16/'00 | DEBIT | Bank Charge | Project Exp | North Queen... | -6.44 | | 42,356.33 |
| 10/17/'00 | TXFR | Citibank Private Bank | [Checking-Ci... | Loan | 80,000.00 | | 122,356.33 |
| 10/17/'00 | EFT | Lucas Mills | Project Exp:... | Parts/Saw M... | -590.33 | | 121,766.00 |
| 10/17/'00 | EFT | Lucas Mills | Bank- Charge | Lucas Mills | -30.00 | | 121,736.00 |
| 10/17/'00 | EFT | North Queensland Resea... | Project Exp | Exploration ... | -15,735.79 | | 106,000.21 |
| 10/17/'00 | DEBIT | Bank Charge | Project Exp | North Queen... | -25.00 | | 105,975.21 |
| 10/17/'00 | 17266 | MONY Life Insurance Co... | Interest Exp. | Interest Pay... | -34,791.20 | | 71,184.01 |
| 10/17/'00 | 17267 | RCN OF NEW ENGLAND | Telephone E... | A/C#236-09... | -117.81 | | 71,066.20 |
| 10/18/'00 | EFT | MBNA America | IB Mastercard | | -20,000.00 | | 51,066.20 |
| 10/20/'00 | EFT | VER FRAII - N.V. | Project Exp | | -11,500.00 | | 39,566.20 |
| 10/20/'00 | DEBIT | Bank Charge ' | Project Exp | North Queen... | -30.00 | | 39,536.20 |
| 10/20/'00 | 17268 | Mike Silin | Office Expen... | | -108.33 | | 39,427.87 |
| 10/20/'00 | 17270 | ANN M. O'BRIEN | Payroll | PAYCHECK ... | -363.91 | | 39,063.96 |
| 10/20/'00 | 17271 | BESSIE TSAIRIDIS | Payroll | PAYCHECK ... | -681.08 | | 38,382.88 |
| 10/23/'00 | 17269 | SAROCA, INC. | Project Exp... | Balance - Oc... | -6,750.00 | | 31,632.88 |
| 10/24/'00 | DEP | Citibank Private Bank | [CITIBANK-3... | IRA TRANS... | 50,000.00 | | 81,632.88 |
| 10/24/'00 | EFT | MBNA America | IB Mastercard | | -23,391.19 | | 58,241.69 |
| 10/24/'00 | 17272 | New Israel Fund | Charities | Donation | -25.00 | | 58,216.69 |
| 10/24/'00 | 17273 | Damon Schlenske | Project Exp | Reimbursem... | -2,500.00 | | 55,716.69 |
| 10/24/'00 | 17274 | McDonald Howell | Project Exp | Re: Travel ... | -1,500.00 | | 54,216.69 |
| 10/25/'00 | DEP | McLarens Topliss North ... | Refund On P... | | 2,252.60 | | 56,469.29 |
| 10/25/'00 | DEP | MONY/28904 | Commisions | | 1,741.60 | | 58,210.89 |
| 10/25/'00 | DEP | MONY/10451 | Commisions | | 5,755.49 | | 63,966.38 |
| 10/25/'00 | EFT | North Queensland Resea... | Project Exp | Exploration ... | -15,795.98 | | 48,170.40 |
| 10/25/'00 | 17275 | Day, Berry & Howard | Legal Fees | Balance of a... | -3,000.00 | | 45,170.40 |
| 10/25/'00 | DEP | MONY Life Insurance Co... | Dividends - ... | | 21,826.82 | | 66,997.22 |
| 10/27/'00 | DEP | PHOENIX HOME LIFE | Commisions | | 277.51 | | 67,274.73 |
| 10/27/'00 | DEP | | Commisions | | -273.61 | | 67,001.12 |
| 10/27/'00 | 17276 | Glen-Mor Fuel Oil Co. | Fuel | 9/18/00 - R... | -71.87 | | 66,929.25 |
| 10/27/'00 | 17277 | AVAYA, INC. | Telephone E... | 0100127300 | -429.50 | | 66,499.75 |
| 10/27/'00 | 17278 | Perkins, Smith & Cohen, ... | Legal Fees | Matter #7 - 1... | -34.97 | | 66,464.78 |
| 10/27/'00 | 17279 | New England Runner | Trade Pub. | 2 Yrs. - thru ... | | | |





IRVING A. BACKMAN
IRVING A. BACKMAN & ASSOCIATES
7 WENDELL ROAD
NEWTON CENTRE, MA 02459-2650

CITIZENS BANK
MASSACHUSETTS

17521

5-2017/2110

4/11/2001

PAY TO THE ORDER OF     Damon Schlenske     $ **2,500.00

Two Thousand Five Hundred and 00/100************************************ DOLLARS

Damon Schlenske
P.O. Box 4176
Helena, Montana 59604

MEMO     Expense Reimbursement





IRVING A. BACKMAN
IRVING A. BACKMAN & ASSOCIATES
85 WENDELL ROAD
NEWTON CENTRE MA 02459-2650

CITIZENS BANK
MASSACHUSETTS

5-7017/2110

17605

6/7/2001

PAY
TO THE
ORDER OF    Damon Schlenske                    **3,250.00

Three Thousand Two Hundred Fifty and 00/100********************    DOLLARS

Damon Schlenske
P.O. Box 4176
Helena, Montana 59604

MEMO    Expense Reimbursement                    AUTHORIZED SIGNATURE

⑈017605⑈ ⑆211070175⑆ 130700507⑈        ⑆00003 25000⑈

**IRVING A. BACKMAN**
IRVING A. BACKMAN & ASSOCIATES
35 WENDELL ROAD
NEWTON CENTRE, MA 02459-2650

CITIZENS BANK
MASSACHUSETTS

5-7017/2110

17669

7/12/2001

PAY
TO THE
ORDER OF    Damon Schlenske

$ **3,000.00

Three Thousand and 00/100************************************************************************************    DOLLARS

Damon Schlenske
P.O. Box 4176
Helena, Montana 59604

MEMO

Expense Reimbursement

AUTHORIZED SIGNATURE

⑈017669⑈ ⑆211070175⑆ 1130700507⑈          ⑈0000300000⑈





IRVING A. BACKMAN                                    CITIZENS BANK                    17750
IRVING A. BACKMAN & ASSOCIATES                      MASSACHUSETTS
35 WENDELL ROAD                                      5-7017/2110
NEWTON CENTRE, MA 02459-2659

                                                                              9/13/2001

PAY
TO THE
ORDER OF    Damon Sohlenske                                               **2,000.00

Two Thousand and 00/100************************************************   DOLLARS

    Damon Sohlenske
    P.O. Box 4176
    Helena, Montana 59604

MEMO
    Expense Reimbursement                              AUTHORIZED SIGNATURE

Security features on this document include: Padlock
Icon, Colored "Pantograph", "Original" Enrollment
Screen and a Microprint Signature Line.

"FEDERAL RESERVE BANK REGULATION CC"

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

ENDORSE HERE



17866

IRVING A. BACKMAN

IRVING A. BACKMAN & ASSOCIATES
45 WENDELL ROAD
NEWTON CENTRE, MA 02459-2650

CITIZENS BANK
MASSACHUSETTS

5-7017/2110

12/6/2001

PAY
TO THE
ORDER OF    Damon Schlenske                                    $ **2,000.00

Two Thousand and 00/100 ***************************************************** DOLLARS

Damon Schlenske
P.O. Box 4176
Helena, Montana 59604

MEMO    Expense Reimbursement                          AUTHORIZED SIGNATURE

⑆017866⑆ ⑆211070175⑆ 113070050 7⑆                    ⑆0000200000⑆

FLEET                NELLSFARGO WEST 12130001
                     DENVER TRACER# 9397 027
3796 920 12 90 12142001   ▶1020-0007-64◀
3000501551           1175108638


CITIZENS BANK        NELLSFARGO KY   12/12/0
12/14/01             HELENA  TRACER# 4913 006
                     ▶1023-0109-24◀
4040101081           3078008958

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | 1 Rents | 2 Royalties | OMB No. 1545-0115 | |
|---|---|---|---|---|---|
| IRVING BACKMAN<br><br>35 WENDELL ROAD<br>NEWTON MA 02459<br>(617) 969-2044 | | $ | $ | **2004** | |
| | | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | Miscellaneous<br>Income | |
| | | 5 Fishing boat proceeds<br>$ | 6 Medical & health care pmts.<br>$ | Form 1099-MISC | |
| PAYER'S Federal identification number<br>04-2381698 | RECIPIENT'S identification number<br>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 | 7 Nonemployee compensation<br>$      23335.00 | 8 Substitute payments in lieu<br>of dividends or interest | Copy C<br>For Payer | |
| RECIPIENT'S name    Check to enter separate first and last names.<br>DAMON SCHLENSKE | | 9 Payer made direct sales of<br>$5,000 or more of consumer<br>products to a buyer<br>(recipient) for resale ▶ ☐ | 10 Crop insurance proceeds | For Privacy Act<br>and Paperwork<br>Reduction Act | |
| Street address (including apt no.)<br>P. O. BOX 4176 | | 13 Excess golden parachute<br>payments<br>$ | 14 Gross proceeds paid to<br>an attorney<br>$ | Notice, see the<br>2004 General<br>Instructions for | |
| City, state, and ZIP code<br>HELENA MT 59604 | | 15 | | Forms 1099, 1098,<br>5498, and W-2G. | |
| Account number (optional) | 2nd TIN Not. ☐ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ | |

Form 1099-MISC<br>DXA

Department of the Treasury - Internal Revenue Service

COPY

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | 1 Rents | 2 Royalties | OMB No. 1545-0115 | |
|---|---|---|---|---|---|
| IRVING BACKMAN<br><br>35 WENDELL ROAD<br>NEWTON MA 02459<br>(617) 969-2044 | | $ | $ | **2003** | |
| | | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | Miscellaneous<br>Income | |
| | | 5 Fishing boat proceeds<br>$ | 6 Medical & health care pmts<br>$ | Form 1099-MISC | |
| PAYER'S Federal identification number<br>04-2381698 | RECIPIENT'S identification number<br>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 | 7 Nonemployee compensation<br>$      19000.00 | 8 Substitute payments in lieu<br>of dividends or interest | Copy C<br>For Payer | |
| RECIPIENT'S name    Check to enter separate first and last names.<br>DAMON SCHLENSKE | | 9 Payer made direct sales of<br>$5,000 or more of consumer<br>products to a buyer<br>(recipient) for resale ▶ ☐ | 10 Crop insurance proceeds | For Privacy Act<br>and Paperwork<br>Reduction Act | |
| Street address (including apt no.)<br>P. O. BOX 4176 | | 13 Excess golden parachute<br>payments<br>$ | 14 Gross proceeds paid to<br>an attorney<br>$ | Notice, see the<br>2003 General<br>Instructions for | |
| City, state, and ZIP code<br>HELENA MT 59604 | | 15 | | Forms 1099, 1098,<br>5498, and W-2G. | |
| Account number (optional) | 2nd TIN Not. ☐ | 16 State tax withheld<br>$<br>$ | 17 State Payer's state no | 18 State income<br>$<br>$ | |

Form 1099-MISC<br>DXA

Department of the Treasury - Internal Revenue Service

# EXHIBIT 10

```
OPEN/CLOSE.: BOTH                                      BY SELECTED CLIENT AND/OR MATTER                RUN DATE: 4/10/06
FAMILY ID..: N/A                                                                                      TIME:    9:16:20
REPORT ID..: BILL-PAYMENT                       BILLS FROM.: 00/00/0000 THRU 99/99/9999               NUMBER: N/A
PROGRAM ID.: BILLPAY                         RECEIPTS FROM.: 00/00/0000 THRU 99/99/9999
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| CLIENT/MATTER | BILL NO | FEE THRU | DSB THRU | PREPAY | TRANS.DATE | TYPE | FEE AMOUNT | DISB AMOUNT | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|

```
10221-000 Irving Backman
  11 Waterworks Global, Inc.
        109163  8/27/2002                          9/12/2002 INVOICE....:      841.00        .00       841.00
                                                   9/20/2002 RECEIPT....:     (841.00)       .00      (841.00)
                                                             BALANCE....:         .00        .00          .00

        110112                                    10/08/2002 INVOICE....:     1595.00      13.23      1608.23
                                                  10/08/2002 INVOICE....:    (1595.00)    (13.23)    (1608.23)
                                                             BALANCE....:         .00        .00          .00

        110192  9/24/2002  9/24/2002              10/08/2002 INVOICE....:     1732.50      13.23      1745.73
                                                  11/18/2002 RECEIPT....:     (645.77)    (13.23)     (659.00)
                                                   3/13/2003 ADJUSTMENT.:    (1086.73)       .00     (1086.73)
                                                             BALANCE....:         .00        .00          .00

        111568 10/08/2002                         11/11/2002 INVOICE....:       63.00        .00        63.00
                                                   3/13/2003 ADJUSTMENT.:      (63.00)       .00       (63.00)
                                                             BALANCE....:         .00        .00          .00

        114425                                     1/10/2003 INVOICE....:      346.50       3.93       350.43
                                                   1/10/2003 RECEIPT....:     (346.50)     (3.93)     (350.43)
                                                             BALANCE....:         .00        .00          .00

        122987  6/28/2003                           7/10/2003 INVOICE....:      276.00        .00       276.00
                                                   7/17/2003 RECEIPT....:     (276.00)       .00      (276.00)
                                                             BALANCE....:         .00        .00          .00

        124508  7/25/2003  7/25/2003                8/12/2003 INVOICE....:     7186.50     460.06      7646.56
                                                   9/05/2003 RECEIPT....:    (7186.50)   (460.06)    (7646.56)
                                                             BALANCE....:         .00        .00          .00

IRVING A. BACKMAN   126008  8/31/2003  8/31/2003   9/17/2003 INVOICE....:     3149.00     170.87      3319.87
                                                  11/24/2003 RECEIPT....:    (3149.00)   (170.87)    (3319.87)
                                                             BALANCE....:         .00        .00          .00

        134937 10/31/2003 10/31/2003              11/14/2003 INVOICE....:     4001.20      40.34      4041.54
IRVING A. BACKMAN                                 11/24/2003 RECEIPT....:     (639.79)    (40.34)     (680.13)
IRVING A. BACKMAN                                 12/22/2003 RECEIPT....:    (3361.41)       .00     (3361.41)
                                                             BALANCE....:         .00        .00          .00

        137140 11/30/2003 11/30/2003              12/11/2003 INVOICE....:     1966.50      93.15      2059.65
IRVING A. BACKMAN                                 12/22/2003 RECEIPT....:    (1966.50)    (93.15)    (2059.65)
                                                             BALANCE....:         .00        .00          .00

        140371 12/31/2003 12/31/2003               1/14/2004 INVOICE....:     3139.50      93.62      3233.12
IRVING A. BACKMAN                                  3/15/2004 RECEIPT....:    (3139.50)    (93.62)    (3233.12)
                                                             BALANCE....:         .00        .00          .00

        144241  1/31/2004  1/31/2004               2/17/2004 INVOICE....:     2704.50      27.78      2732.28
IRVING A. BACKMAN                                  3/15/2004 RECEIPT....:    (2704.50)    (27.78)    (2732.28)
                                                             BALANCE....:         .00        .00          .00

        146527  2/29/2004  2/29/2004               3/08/2004 INVOICE....:     7341.50     530.97      7872.47
IRVING A. BACKMAN                                  4/29/2004 RECEIPT....:    (7341.50)   (530.97)    (7872.47)
                                                             BALANCE....:         .00        .00          .00

        166080  3/31/2004  3/31/2004               4/15/2004 INVOICE....:     6395.50     507.44      6902.94
IRVING A. BACKMAN                                  5/26/2004 RECEIPT....:    (6395.50)   (507.44)    (6902.94)
                                                             BALANCE....:         .00        .00          .00

        168663  4/30/2004  4/30/2004               5/13/2004 INVOICE....:     1149.00     163.22      1312.22
IRVING A. BACKMAN                                  7/30/2004 RECEIPT....:    (1149.00)   (163.22)    (1312.22)
                                                             BALANCE....:         .00        .00          .00

        171300  5/31/2004  5/31/2004               6/11/2004 INVOICE....:     2863.50      55.88      2919.38
```

Burns & Levinson LLP
BILL AND PAYMENT REPORT
BY SELECTED CLIENT AND/OR MATTER

```
OPEN/CLOSE.: BOTH                                                                    PAGE:    2
FAMILY ID..: N/A                                                                     RUN DATE.: 4/10/06
REPORT ID..: BILL-PAYMENT                    BILLS FROM.: 00/00/0000 THRU 99/99/9999  TIME:   9:16:20
PROGRAM ID.: BILLPAY                         RECEIPTS FROM.: 00/00/0000 THRU 99/99/9999  NUMBER: N/A
```

| CLIENT/MATTER | BILL NO | FEE THRU | DSB THRU | PREPAY | TRANS.DATE | TYPE | FEE AMOUNT | DISB AMOUNT | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| IRVING A. BACKMAN | | | | | 7/30/2004 | RECEIPT....: | (2863.50) | (55.88) | (2919.38) |
| | | | | | | BALANCE....: | .00 | .00 | .00 |
| IRVING A. BACKMAN | 173597 | 6/30/2004 | 6/30/2004 | | 7/12/2004 | INVOICE....: | 190.50 | 6.22 | 196.72 |
| | | | | | 11/29/2004 | RECEIPT....: | (190.50) | (6.22) | (196.72) |
| | | | | | | BALANCE....: | .00 | .00 | .00 |
| IRVING A. BACKMAN | 175905 | 7/31/2004 | 7/31/2004 | | 8/12/2004 | INVOICE....: | 465.50 | 5.79 | 471.29 |
| | | | | | 11/29/2004 | RECEIPT....: | (465.50) | (5.79) | (471.29) |
| | | | | | | BALANCE....: | .00 | .00 | .00 |
| IRVING A. BACKMAN | 178205 | 8/31/2004 | 8/31/2004 | | 9/10/2004 | INVOICE....: | 150.00 | 2.25 | 152.25 |
| | | | | | 11/29/2004 | RECEIPT....: | (150.00) | (2.25) | (152.25) |
| | | | | | | BALANCE....: | .00 | .00 | .00 |
| IRVING A. BACKMAN | 182681 | 10/31/2004 | 10/31/2004 | | 11/16/2004 | INVOICE....: | 187.50 | .00 | 187.50 |
| | | | | | 11/29/2004 | RECEIPT....: | (187.50) | .00 | (187.50) |
| | | | | | | BALANCE....: | .00 | .00 | .00 |
| IRVING A. BACKMAN | 202209 | 8/31/2005 | 8/31/2005 | | 9/09/2005 | INVOICE....: | 75.00 | .00 | 75.00 |
| | | | | | 10/03/2005 | RECEIPT....: | (75.00) | .00 | (75.00) |
| | | | | | | BALANCE....: | .00 | .00 | .00 |
| IRVING A. BACKMAN | 204163 | 9/30/2005 | 9/30/2005 | | 10/17/2005 | INVOICE....: | 262.50 | .00 | 262.50 |
| | | | | | 11/15/2005 | RECEIPT....: | (262.50) | .00 | (262.50) |
| | | | | | | BALANCE....: | .00 | .00 | .00 |
| IRVING A. BACKMAN | 205787 | 10/31/2005 | 10/31/2005 | | 11/18/2005 | INVOICE....: | 300.00 | .74 | 300.74 |
| | | | | | 2/24/2006 | RECEIPT....: | (300.00) | (.74) | (300.74) |
| | | | | | | BALANCE....: | .00 | .00 | .00 |
| IRVING A. BACKMAN | 208286 | 12/31/2005 | 12/31/2005 | | 1/12/2006 | INVOICE....: | 1875.00 | .36 | 1875.36 |
| | | | | | 2/24/2006 | RECEIPT....: | (1875.00) | (.36) | (1875.36) |
| | | | | | | BALANCE....: | .00 | .00 | .00 |
| | 212446 | 3/31/2006 | 3/31/2006 | | 4/07/2006 | INVOICE....: | 560.00 | .78 | 560.78 |
| | | | | | | BALANCE....: | 560.00 | .78 | 560.78 |

```
***** MATTER TOTALS *****                       INVOICE....:   46875.20    2172.70    49047.90
                                                RECEIPT....:  (45165.47)  (2171.92)  (47337.39) ←
                                                ADJUSTMENT.:   (1149.73)       .00    (1149.73)
                                                BALANCE....:     560.00        .78      560.78  ←

                                                UNAPPL CASH:        .00        .00         .00

                                                TRUST BAL..:                               .00
```

## Itemized Categories 2000-2006
### 9/1/2000 Through 3/1/2006 (Cash Basis)

3/1/2006                                                                 Page 1

| Cat/S... | Date | Account | Num | Description | Memo | Amount |
|---|---|---|---|---|---|---|
| EXP... | | | | | | |
| Legal... | | | | | | |
| | 10/28/... | Checking-... | 19561 | Perkins Smith & ... | 9/17/03 Cli... | -490.27 |
| | 11/20/... | Checking-... | 19592 | Perkins Smith & ... | 11/14/03 Cl... | -897.00 |
| | 11/20/... | Checking-... | 19593 | Perkins Smith & ... | 11/14/03 Cl... | -4,000.00 |
| | 12/18/... | Checking-... | 19634 | Perkins Smith & ... | 12/11/03 C... | -5,421.06 |
| | 12/30/... | Checking-... | 19643 | Perkins Smith & ... | 12/11/03 Cl... | -138.00 |
| | 3/11/2... | Checking-... | 19730 | **VOID**Perkins... | 12/17/04 Cl... | 0.00 |
| | 3/11/2... | Checking-... | 19731 | Perkins Smith & ... | 02/17/04 Cl... | -5,965.40 |
| | 4/27/2... | Checking-... | 19784 | Perkins Smith & ... | 4/15/04 Cli... | -7,872.47 |
| | 5/25/2... | Checking-... | 19826 | Perkins Smith & ... | 5/13/04 #16... | -6,902.94 |
| | 7/28/2... | Checking-... | 19903 | Perkins Smith & ... | 6/11/04 - I... | -4,231.60 |
| | 11/23/... | Checking-... | 20035 | Perkins Smith & ... | WWG #11; ... | -4,413.76 |
| | 4/20/2... | Checking-... | 20195 | Perkins Smith & ... | 4/12/05; Cli... | -137.50 |
| | 5/3/2005 | Checking-... | 20203 | **VOID**Perkins... | 4/27/05; Cli... | 0.00 |
| | 5/3/2005 | Checking-... | 20207 | Perkins Smith & ... | 4/27/05; Cli... | -5,370.00 |
| | 6/30/2... | Checking-... | 20271 | Perkins Smith & ... | Matter 13 - ... | -2,500.00 |
| | 7/25/2... | Checking-... | 20306 | Perkins Smith & ... | Inv# 19903... | -1,575.35 |
| | 8/23/2... | Checking-... | 20352 | Perkins Smith & ... | Matter 13; ... | -826.22 |
| | 9/27/2... | Checking-... | 20395 | Perkins Smith & ... | Matter 13; ... | -1,210.80 |
| | 9/27/2... | Checking-... | 20396 | Perkins Smith & ... | Matter 11; ... | -75.00 |
| | 11/9/2... | Checking-... | 20447 | Perkins Smith & ... | Matter #11... | -1,136.22 |
| TOT... | | | | | | -53,163.59 |

TOT...                                                               -53,163.59

OVE...                                                               -53,163.59

## Itemized Categories
### 9/1/1995 Through 2/24/2006 (Cash Basis)

3/1/2006                                                                 Page 1

| Cat/Sub | Date | Account | Num | Description | Memo | CI | Amount |
|---|---|---|---|---|---|---|---|
| EXPENSES | | | | | | | |
| Legal Expenses | | | | | | | |
| | 2/22/2... | Checking-... | 20569 | Burns & Levinson LLP | Matter 11: $2,176.1... | | -6,426.74 |
| TOTAL Legal Expenses | | | | | | | -6,426.74 |

TOTAL EXPENSES                                                         -6,426.74

OVERALL TOTAL                                                          -6,426.74

*53,163.59*
*6,426.74*
*Total*  *59,590.33*

**IRVING BACKMAN**

35 WENDELL ROAD
NEWTON MA 02459
(617) 969-2044

| | OMB No. 1545-0115 | |
|---|---|---|
| 1 Rents $ | 2 Royalties $ | **2002** |
| 3 Other income $ | 4 Federal income tax withheld $ | Miscellaneous Income |
| 5 Fishing boat proceeds $ | 6 Medical & health care pmts. $ | Form 1099-MISC |

PAYER'S Federal identification number: 04-2381698     RECIPIENT'S identification number: 04-2559814

| 7 Nonemployee compensation 1941.00 | 8 Substitute payments in lieu of dividends or interest | Copy C For Payer |
|---|---|---|

RECIPIENT'S name     Check to enter separate first and last names.

PERKINS, SMITH & COHEN, LLP

| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds | For Privacy Act and Paperwork Reduction Act Notice, see the **2002 General Instructions for Forms 1099, 1098, 5498, and W-2G.** |
|---|---|---|

Street address (including apt no.)

ONE BEACON STREET

City, state, and ZIP code

BOSTON MA 02108

| 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
|---|---|---|
| 15 | | |

| Account number (optional) | 2nd TIN Not. ☐ | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |
|---|---|---|---|---|

Form 1099-MISC
DXA

---

☐ VOID     ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.

IRVING BACKMAN

35 WENDELL ROAD
NEWTON MA 02459
(617) 969-2044

| | OMB No. 1545-0115 | |
|---|---|---|
| 1 Rents $ | 2 Royalties $ | **2003** |
| 3 Other income $ | 4 Federal income tax withheld $ | Miscellaneous Income |
| 5 Fishing boat proceeds $ | 6 Medical & health care pmts. $ | Form 1099-MISC |

PAYER'S Federal identification number: 04-2381698     RECIPIENT'S identification number: 04-2559814

| 7 Nonemployee compensation $ 22202.04 | 8 Substitute payments in lieu of dividends or interest | Copy C For Payer |
|---|---|---|

RECIPIENT'S name     Check to enter separate first and last names.

PERKINS, SMITH & COHEN, LLP

| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds | For Privacy Act and Paperwork Reduction Act Notice, see the **2003 General Instructions for Forms 1099, 1098, 5498, and W-2G.** |
|---|---|---|

Street address (including apt no.)

ONE BEACON STREET

City, state, and ZIP code

BOSTON MA 02108

| 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
|---|---|---|
| 15 | | |

| Account number (optional) | 2nd TIN Not. ☐ | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |
|---|---|---|---|---|

Form 1099-MISC
DXA

Department of the Treasury - Internal Revenue Service

---

☐ VOID     ☐ CORRECTED

PAYER'S name, street address, city, state, ZIP code, and telephone no.

IRVING BACKMAN

35 WENDELL ROAD
NEWTON MA 02459
(617) 969-2044

| | OMB No. 1545-0115 | |
|---|---|---|
| 1 Rents $ | 2 Royalties $ | **2004** |
| 3 Other income $ | 4 Federal income tax withheld $ | Miscellaneous Income |
| 5 Fishing boat proceeds $ | 6 Medical & health care pmts. $ | Form 1099-MISC |

PAYER'S Federal identification number: 04-2381698     RECIPIENT'S identification number: 04-2559814

| 7 Nonemployee compensation $ 29386.17 | 8 Substitute payments in lieu of dividends or interest | Copy C For Payer |
|---|---|---|

RECIPIENT'S name     Check to enter separate first and last names.

PERKINS, SMITH & COHEN, LLP

| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds | For Privacy Act and Paperwork Reduction Act Notice, see the **2004 General Instructions for Forms 1099, 1098, 5498, and W-2G.** |
|---|---|---|

Street address (including apt no.)

ONE BEACON STREET

City, state, and ZIP code

BOSTON MA 02108

| 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
|---|---|---|
| 15 | | |

| Account number (optional) | 2nd TIN Not. ☐ | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |
|---|---|---|---|---|

Form 1099-MISC
DXA

Department of the Treasury - Internal Revenue Service

# EXHIBIT 11

| ontrol number 22222 | Void ☐ | For Official Use Only ▶ OMB No. 1545-0008 | | |
|---|---|---|---|---|

| Employer identification number 04-2381698 | | **1** Wages, tips, other compensation $ 8730.43 | **2** Federal income tax withheld $ |
|---|---|---|---|
| Employer's name, address, and ZIP code IRVING BACKMAN | | **3** Social security wages $ 8110.00 | **4** Social security tax withheld $ 502.82 |
| | | **5** Medicare wages and tips $ 8110.00 | **6** Medicare tax withheld $ 117.61 |
| 35 WENDELL ROAD NEWTON MA 02459 | | **7** Social security tips $ | **8** Allocated tips $ |
| **d** Employee's social security number 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 | | **9** Advance EIC payment $ | **10** Dependent care benefits $ |
| **e** Employee's first name and initial JULIA | Last name WOODS | **11** Nonqualified plans $ | **12a** See instructions for box 12 $ |

| 13 | Statutory employee ☐ | Retirement plan ☐ | Third-party sick pay ☐ | **12b** $ |
|---|---|---|---|---|

| 65 BOWDOIN AVENUE WALTHAM MA 02154 | **14** Other | **12c** $ |
|---|---|---|
| | | **12d** $ |

**f** Employee's address and ZIP code

| **15** State MA | Employer's state ID number 04-2381698 | **16** State wages, tips, etc. $ 8730.43 | **17** State income tax $ | **18** Local wages, tips, etc. $ | **19** Local income tax | **20** Locality name |
|---|---|---|---|---|---|---|
| | | $ | $ | $ | $ | |

Form **W-2** Wage and Tax Statement   **2001**   Department of the Treasury—Internal Revenue Servic

Copy A For Social Security Administration—Send this entire page with Form W-3 to the Social Security Administration; photocopies are not acceptable.

77-0202949

For Privacy Act and Paperwork Reductio Act Notice, see separate instruction:

| a Control number | | OMB No. 1545-0008 | | |
|---|---|---|---|---|
| b Employer identification number | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 04-2381698 | | | 12275.00 | 1010.00 |
| c Employer's name, address, and ZIP code | | | 3 Social security wages | 4 Social security tax withheld |
| IRVING BACKMAN | | | 12275.00 | 761.05 |
| | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 35 WENDELL ROAD | | | 12275.00 | 178.08 |
| NEWTON MA 02459 | | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number | | | 9 Advance EIC payment | 10 Dependent care benefits |
| 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 | | | | |
| e Employee's first name and initial    Last name | | | 11 Nonqualified plans | 12a See instructions for box 12 |
| ANN O'BRIEN | | | | |
| | | | 13 Statutory employee  Retirement plan  Third-party sick pay | 12b |
| 16 WHITES AVE.  #43 | | | 14 Other | 12c |
| WATERTOWN MA 02472 | | | | 12d |
| f Employee's address and ZIP code | | | | |

| 15 State  Employer's state ID number | 16 State wages,tips,etc. | 17 State income tax | 18 Local wages,tips,etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| MA | 04-2381698 | 12275.00 | 393.31 | | | |

Form **W-2** Wage and Tax Statement
Copy D For Employer.
DXA

**2001**

Department of the Treasury - Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

---

| a Control number | | OMB No. 1545-0008 | | |
|---|---|---|---|---|
| b Employer identification number | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 04-2381698 | | | 23640.00 | 2729.00 |
| c Employer's name, address, and ZIP code | | | 3 Social security wages | 4 Social security tax withheld |
| IRVING BACKMAN | | | 23640.00 | 1465.68 |
| | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 35 WENDELL ROAD | | | 23640.00 | 342.91 |
| NEWTON MA 02459 | | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number | | | 9 Advance EIC payment | 10 Dependent care benefits |
| 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 | | | | |
| e Employee's first name and initial    Last name | | | 11 Nonqualified plans | 12a See instructions for box 12 |
| BESSIE TSAIRIDIS | | | | |
| | | | 13 Statutory employee  Retirement plan  Third-party sick pay | 12b |
| P. O. BOX 194 | | | 14 Other | 12c |
| NEWTON MA 02459 | | | | 12d |
| f Employee's address and ZIP code | | | | |

| 15 State  Employer's state ID number | 16 State wages,tips,etc. | 17 State income tax | 18 Local wages,tips,etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| MA | 04-2381698 | 23640.00 | 1027.53 | | | |

Form **W-2** Wage and Tax Statement
Copy D For Employer

**2001**

Department of the Treasury - Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

| a Control number | | OMB No. 1545-0008 | | |
|---|---|---|---|---|

| b Employer identification number 04-2381698 | 1 Wages, tips, other compensation 12550.00 | 2 Federal income tax withheld 731.00 |
|---|---|---|
| c Employer's name, address, and ZIP code IRVING BACKMAN<br><br>35 WENDELL ROAD<br>NEWTON MA 02459 | 3 Social security wages 12550.00 | 4 Social security tax withheld 778.10 |
| | 5 Medicare wages and tips 12550.00 | 6 Medicare tax withheld 182.04 |
| | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number 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 | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial          Last name ANN O'BRIEN | 11 Nonqualified plans | 12a See instructions for box 12 |
| 16 WHITES AVE.  #43<br>WATERTOWN MA 02472 | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| | 14 Other | 12c |
| | | 12d |
| f Employee's address and ZIP code | | |

| 15 State  Employer's state ID number MA │ 04-2381698 | 16 State wages, tips, etc. 12550.00 | 17 State income tax 402.22 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|

Form **W-2** Wage and Tax Statement
Copy D For Employer.
DXA

**2002**

Department of the Treasury - Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see separate instructions.

---

| a Control number | | OMB No. 1545-0008 | | |
|---|---|---|---|---|

| b Employer identification number 04-2381698 | 1 Wages, tips, other compensation 24690.00 | 2 Federal income tax withheld 2627.00 |
|---|---|---|
| c Employer's name, address, and ZIP code IRVING BACKMAN<br><br>35 WENDELL ROAD<br>NEWTON MA 02459 | 3 Social security wages 24690.00 | 4 Social security tax withheld 1530.78 |
| | 5 Medicare wages and tips 24690.00 | 6 Medicare tax withheld 358.13 |
| | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number 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 | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial          Last name BESSIE TSAIRIDIS | 11 Nonqualified plans | 12a See instructions for box 12 |
| P. O. BOX 194<br>NEWTON MA 02459 | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| | 14 Other | 12c |
| | | 12d |
| f Employee's address and ZIP code | | |

| 15 State  Employer's state ID number MA │ 04-2381698 | 16 State wages, tips, etc. 24690.00 | 17 State income tax 1069.54 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|

Form **W-2** Wage and Tax Statement
Copy D For Employer.
DXA

**2002**

Department of the Treasury - Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see separate instructions.

| | OMB No. 1545-0008 | 1 Wages, tips, other compensation 8310.59 | 2 Federal income tax withheld |
|---|---|---|---|
| b Employer identification number 04-2381698 | | 3 Social security wages 7720.00 | 4 Social security tax withheld 478.64 |
| c Employer's name, address, and ZIP code IRVING BACKMAN | | 5 Medicare wages and tips 7720.00 | 6 Medicare tax withheld 111.95 |
| 35 WENDELL ROAD NEWTON MA 02459 | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number 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 | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial         Last name JULIA    WOODS | | 11 Nonqualified plans | 12a See instructions for box 12 |
| | | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| 65 BOWDOIN AVENUE WALTHAM MA 02154 | | 14 Other | 12c |
| | | | 12d |
| f Employee's address and ZIP code | | | |

| 15 State | Employer's state ID number | 16 State wages,tips,etc. | 17 State income tax | 18 Local wages,tips,etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| MA | 04-2381698 | 8310.59 | | | | |

Form **W-2** Wage and Tax Statement

Copy D For Employer.

DXA

**2002**

Department of the Treasury - Internal Revenue Service

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

□ VOID   □ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | 1 Rents | 2 Royalties | OMB No 1545-0115 | |
|---|---|---|---|---|---|
| IRVING BACKMAN<br><br>35 WENDELL ROAD<br>NEWTON MA 02459<br>(617) 969-2044 | | $ | $ | **2003** | |
| | | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | **Miscellaneous Income** | |
| | | 5 Fishing boat proceeds<br>$ | 6 Medical & health care pmts.<br>$ | Form **1099-MISC** | |
| PAYER'S Federal identification number<br>04-2381698 | RECIPIENT'S identification number<br>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 | 7 Nonemployee compensation<br>$       1456.00 | 8 Substitute payments in lieu<br>of dividends or interest<br>$ | **Copy C**<br>**For Payer** | |
| RECIPIENT'S name    Check to enter separate first and last names.<br>LYNDA HAGAN | | 9 Payer made direct sales of<br>$5,000 or more of consumer<br>products to a buyer<br>(recipient) for resale ▶ □ | 10 Crop insurance proceeds<br>$ | For Privacy Act<br>and Paperwork<br>Reduction Act | |
| Street address (including apt no.)<br>42 TILLOTSON ROAD | | 13 Excess golden parachute<br>payments<br>$ | 14 Gross proceeds paid to<br>an attorney<br>$ | Notice, see the<br>2003 General<br>Instructions for | |
| City, state, and ZIP code<br>NEEDHAM MA 02494 | | 15 | | Forms 1099, 1098,<br>5498, and W-2G. | |
| Account number (optional) | 2nd TIN Not.<br>□ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ | |

Form **1099-MISC**
DXA

Department of the Treasury - Internal Revenue Service

| a Control number | | OMB No. 1545-0008 | | |
|---|---|---|---|---|

| b Employer identification number 04-2381698 | 1 Wages, tips, other compensation 7750.81 | 2 Federal income tax withheld |
|---|---|---|
| c Employer's name, address, and ZIP code IRVING BACKMAN | 3 Social security wages 7200.00 | 4 Social security tax withheld 446.40 |
| 35 WENDELL ROAD NEWTON MA 02459 | 5 Medicare wages and tips 7200.00 | 6 Medicare tax withheld 104.41 |
| | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number 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 | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial      Last name JULIA   WOODS | 11 Nonqualified plans | 12a See instructions for box 12 |
| 65 BOWDOIN AVENUE WALTHAM MA 02154 | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| | 14 Other | 12c |
| | | 12d |
| f Employee's address and ZIP code | | |

| 15 State  Employer's state ID number MA │ 04-2381698 | 16 State wages,tips,etc. 7750.81 | 17 State income tax | 18 Local wages,tips,etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|

Form **W-2** Wage and Tax Statement
Copy D For Employer.
DXA

**2003**

Department of the Treasury - Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see separate instructions.

---

| a Control number | | OMB No. 1545-0008 | | |
|---|---|---|---|---|

| b Employer identification number 04-2381698 | 1 Wages, tips, other compensation 15185.00 | 2 Federal income tax withheld 1098.00 |
|---|---|---|
| c Employer's name, address, and ZIP code IRVING BACKMAN | 3 Social security wages 15185.00 | 4 Social security tax withheld 941.47 |
| 35 WENDELL ROAD NEWTON MA 02459 | 5 Medicare wages and tips 15185.00 | 6 Medicare tax withheld 220.30 |
| | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number 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 | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial      Last name BESSIE TSAIRIDIS | 11 Nonqualified plans | 12a See instructions for box 12 |
| P. O. BOX 194 NEWTON MA 02459 | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| | 14 Other | 12c |
| | | 12d |
| f Employee's address and ZIP code | | |

| 15 State  Employer's state ID number MA │ 04-2381698 | 16 State wages,tips,etc. 15185.00 | 17 State income tax 576.03 | 18 Local wages,tips,etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|

Form **W-2** Wage and Tax Statement
Copy D For Employer.
DXA

**2003**

Department of the Treasury - Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see separate instructions.

**a** Control number

OMB No. 1545-0008

**b** Employer Identification number
04-2381698

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 3198.00 | 114.00 |

**c** Employer's name, address, and ZIP code
IRVING BACKMAN

35 WENDELL ROAD
NEWTON MA 02459

| 3 Social security wages | 4 Social security tax withheld |
|---|---|
| 3198.00 | 198.25 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 3198.00 | 46.35 |
| 7 Social security tips | 8 Allocated tips |

**d** Employee's social security number
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

| 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|

**e** Employee's first name and initial    Last name
LYNDA HAGAN

42 TILLOTSON ROAD
NEEDHAM MA 02494

| 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay | 12b |
| 14 Other | 12c |
| | 12d |

**f** Employee's address and ZIP code

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| MA | 04-2381698 | 3198.00 | 94.46 | | | |

Form **W-2** Wage and Tax Statement
Copy D For Employer.
DXA

**2003**

Department of the Treasury - Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

---

**a** Control number

OMB No. 1545-0008

**b** Employer identification number
04-2381698

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 8965.00 | 467.00 |

**c** Employer's name, address, and ZIP code
IRVING BACKMAN

35 WENDELL ROAD
NEWTON MA 02459

| 3 Social security wages | 4 Social security tax withheld |
|---|---|
| 8965.00 | 555.85 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 8965.00 | 130.05 |
| 7 Social security tips | 8 Allocated tips |

**d** Employee's social security number
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

| 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|

**e** Employee's first name and initial    Last name
ANN O'BRIEN

16 WHITES AVE.  #43
WATERTOWN MA 02472

| 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay | 12b |
| 14 Other | 12c |
| | 12d |

**f** Employee's address and ZIP code

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| MA | 04-2381698 | 8965.00 | 242.58 | | | |

Form **W-2** Wage and Tax Statement
Copy D For Employer.
DXA

**2003**

Department of the Treasury - Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Control number   | **22222** | Void

For Official Use Only ▶
OMB No. 1545-0008

Employer identification number
04-2381698

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| 1944.00 | |

c Employer's name, address, and ZIP code

IRVING BACKMAN

35 WENDELL ROAD
NEWTON MA 02459

| 3 Social security wages | 4 Social security tax withheld |
| 1944.00 | 120.53 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 1944.00 | 28.19 |
| 7 Social security tips | 8 Allocated tips |

d Employee's social security number
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

| 9 Advance EIC payment | 10 Dependent care benefits |

e Employee's first name and initial   Last name
HOLLY L                    WILSON

| 11 Nonqualified plans | 12a See instructions for box 12 |

206 ASPINWALL AVE.
BROOKLINE MA 02446

| 13 Statutory employee  Retirement plan  Third-party sick pay | 12b |
| 14 Other | 12c |
| | 12d |

f Employee's address and ZIP code

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| MA | 04-2381698 | 1944.00 | 43.57 | | | |

Form **W-2**  **Wage & Tax Statement**

**2004**
0000/1086

Department of the Treasury - Internal Revenue Service

Copy A For Social Security Administration - Send this entire page with Form W-3 to the Social Security Administration; photocopies are not acceptable.

For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D.

**Do Not Cut, Fold, or Staple Forms on This Page**

a Control number   | **22222** | Void

For Official Use Only ▶
OMB No. 1545-0008

b Employer identification number

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |

c Employer's name, address, and ZIP code

| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social security tips | 8 Allocated tips |

d Employee's social security number

| 9 Advance EIC payment | 10 Dependent care benefits |

e Employee's first name and initial   Last name

| 11 Nonqualified plans | 12a See instructions for box 12 |
| 13 Statutory employee  Retirement plan  Third-party sick pay | 12b |
| 14 Other | 12c |
| | 12d |

f Employee's address and ZIP code

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form **W-2**  **Wage & Tax Statement**

**2004**
0000/1086

Department of the Treasury - Internal Revenue Service

Copy A For Social Security Administration - Send this entire page with Form W-3 to the Social Security Administration; photocopies are not acceptable.

For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D.

| a Control number **22222** Void | For Official Use Only OMB No. 1545-0008 | | |
|---|---|---|---|
| Employer identification number 04-2381698 | 1 Wages, tips, other compensation 6500.00 | | 2 Federal income tax withheld 481.50 |
| c Employer's name, address, and ZIP code IRVING BACKMAN 35 WENDELL ROAD NEWTON MA 02459 | 3 Social security wages 6500.00 | | 4 Social security tax withheld 403.00 |
| | 5 Medicare wages and tips 6500.00 | | 6 Medicare tax withheld 94.26 |
| | 7 Social security tips | | 8 Allocated tips |
| d Employee's social security number 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 | 9 Advance EIC payment | | 10 Dependent care benefits |
| e Employee's first name and initial LYNDA    Last name HAGAN | 11 Nonqualified plans | | 12a See instructions for box 12 |
| 42 TILLOTSON ROAD NEEDHAM MA 02494 | 13 Statutory employee  Retirement plan  Third-party sick pay | 12b | |
| | 14 Other | 12c | |
| | | 12d | |
| f Employee's address and ZIP code | | | |

| 15 State | Employer's state ID number | 16 State wages,tips,etc. | 17 State income tax | 18 Local wages,tips,etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| MA | 04-2381698 | 6500.00 | 290.00 | | | |

Form **W-2** Wage & Tax Statement

Copy A For Social Security Administration - Send this entire page with Form W-3 to the Social Security Administration; photocopies are not acceptable.

**2004**

0000/1086

Department of the Treasury - Internal Revenue Service

For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D.

**Do Not Cut, Fold, or Staple Forms on This Page**

COPY

| a Control number **22222** Void | For Official Use Only OMB No. 1545-0008 | | |
|---|---|---|---|
| b Employer identification number 04-2381698 | 1 Wages, tips, other compensation 15860.00 | | 2 Federal income tax withheld 1170.00 |
| c Employer's name, address, and ZIP code IRVING BACKMAN 35 WENDELL ROAD NEWTON MA 02459 | 3 Social security wages 15860.00 | | 4 Social security tax withheld 983.32 |
| | 5 Medicare wages and tips 15860.00 | | 6 Medicare tax withheld 230.10 |
| | 7 Social security tips | | 8 Allocated tips |
| d Employee's social security number 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 | 9 Advance EIC payment | | 10 Dependent care benefits |
| e Employee's first name and initial BESSIE    Last name TSAIRIDIS | 11 Nonqualified plans | | 12a See instructions for box 12 |
| 14 HARTFORD STREET NORWOOD MA 02062 | 13 Statutory employee  Retirement plan  Third-party sick pay | 12b | |
| | 14 Other | 12c | |
| | | 12d | |
| f Employee's address and ZIP code | | | |

| 15 State | Employer's state ID number | 16 State wages,tips,etc. | 17 State income tax | 18 Local wages,tips,etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| MA | 04-2381698 | 15860.00 | 601.38 | | | |

Form **W-2** Wage & Tax Statement

Copy A For Social Security Administration - Send this entire page with Form W-3 to the Social Security Administration; photocopies are not acceptable.

**2004**

0000/1086

Department of the Treasury - Internal Revenue Service

For Privacy Act and Paperwork Reduction Act Notice, see back of Copy D.

| Control number | | | | |
|---|---|---|---|---|
| **b** Employer identification number | | OMB No. 1545-0008 | | |
| 04-2381698 | | **1** Wages, tips, other compensation<br>8730.43 | **2** Federal income tax withheld | |
| **c** Employer's name, address, and ZIP code | | **3** Social security wages<br>8110.00 | **4** Social security tax withheld<br>502.82 | |
| IRVING BACKMAN | | **5** Medicare wages and tips<br>8110.00 | **6** Medicare tax withheld<br>117.61 | |
| 35 WENDELL ROAD<br>NEWTON MA 02459 | | **7** Social security tips | **8** Allocated tips | |
| **d** Employee's social security number | | **9** Advance EIC payment | **10** Dependent care benefits | |
| 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 | | **11** Nonqualified plans | **12a** See instructions for box 12 | |
| **e** Employee's first name and initial    Last name | | | | |
| JULIA  WOODS | | **13** Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | **12b** | |
| 65 BOWDOIN AVENUE<br>WALTHAM MA 02154 | | **14** Other | **12c** | |
| | | | **12d** | |
| **f** Employee's address and ZIP code | | | | |
| **15** State  Employer's state ID number | **16** State wages, tips, etc. | **17** State income tax | **18** Local wages, tips, etc. | **19** Local income tax  **20** Locality name |
| MA | 04-2381698 | 8730.43 | | |

Form **W-2** Wage and Tax Statement
Copy D For Employer.
DXA

**2004**

Department of the Treasury - Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see separate instructions.

COPY

# EXHIBIT 12

## Itemized Categories
### 9/1/2000 Through 12/31/2004 (Cash Basis)

3/1/2006                                                                                          Page 1

| Cat/Sub | Date | Account | Num | Description | Memo | Cl | Amount |
|---|---|---|---|---|---|---|---|
| **EXPENSES** | | | | | | | |
| Bank- Charge | | | | | | | |
| | 4/18/2... | Checking-... | EFT | ... Ed Levin | | | -30.00 |
| TOTAL Bank- Charge | | | | | | | -30.00 |
| Project Exp | | | | | | | |
| Travel | | | | | | | |
| | 4/18/2... | Checking-... | EFT | ... Ed Levin | | | -6,000.00 |
| TOTAL Travel | | | | | | | -6,000.00 |
| TOTAL Project Exp | | | | | | | -6,000.00 |
| | | | | | | | |
| TOTAL EXPENSES | | | | | | | -6,030.00 |
| OVERALL TOTAL | | | | | | | -6,030.00 |



# CITIZENS BANK

**1-800-862-6200**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

US059 BR880          41    1

**IRVING A. BACKMAN & ASSOCIATES
35 WENDELL RD
NEWTON CENTER   MA   02459**

## Commercial Checking

**SUMMARY**

**Balance Calculation**

| | | |
|---|---:|---|
| Previous Balance | 7,015.39 | |
| Checks | 24,205.66 | - |
| Debits | 19,657.68 | - |
| Deposits & Credits | 44,088.28 | + |
| **Current Balance** | **7,240.33** | **=** |

IRVING A. BACKMAN & ASSOCIATES
**Commercial Checking**
113495-699-9

Previous Balance

7,015.39

**TRANSACTION DETAILS**

**Checks**\* *There is a break in check sequence*

| Check # | Amount | Date | Check # | Amount | Date |
|---|---:|---|---|---:|---|
| 19226 | 350.00 | 04/01 | 19263 | 25.00 | 04/16 |
| 19237* | 225.00 | 04/07 | 19264 | 395.87 | 04/15 |
| 19242* | 10.00 | 04/01 | 19265 | 50.00 | 04/18 |
| 19243 | 20.00 | 04/03 | 19266 | 234.67 | 04/21 |
| 19245* | 24.90 | 04/02 | 19267 | 1,500.00 | 04/16 |
| 19247* | 2,271.15 | 04/01 | 19268 | 82.00 | 04/21 |
| 19248 | 357.50 | 04/01 | 19269 | 14.19 | 04/28 |
| 19249 | 2,000.00 | 04/03 | 19270 | 212.58 | 04/23 |
| 19250 | 1,174.84 | 04/01 | 19271 | 367.80 | 04/21 |
| 19252* | 1,650.00 | 04/15 | 19272 | 145.98 | 04/22 |
| 19253 | 1,069.00 | 04/07 | 19273 | 113.00 | 04/18 |
| 19254 | 48.50 | 04/08 | 19274 | 20.00 | 04/29 |
| 19255 | 395.38 | 04/07 | 19276* | 395.38 | 04/24 |
| 19256 | 493.20 | 04/04 | 19277 | 493.20 | 04/21 |
| 19257 | 996.43 | 04/14 | 19278 | 700.00 | 04/22 |
| 19258 | 398.72 | 04/09 | 19280* | 1,950.99 | 04/29 |
| 19259 | 65.12 | 04/09 | 19281 | 192.28 | 04/25 |
| 19260 | 200.00 | 04/11 | 19282 | 108.12 | 04/30 |
| 19261 | 136.00 | 04/23 | 19285* | 20.00 | 04/30 |
| 19262 | 298.86 | 04/14 | 19287* | 5,000.00 | 04/30 |

Total Checks

24,205.66

**Debits**

**Other Debits**

| Date | Amount | Description |
|---|---:|---|
| 04/08 | 6,800.00 | Debit Memo |
| 04/09 | 6,800.00 | Outgoing Wire Transfer (Mts No.030409001669) |
| 04/09 | 18.00 | Service Charge (1) Wire Transfer Fees |
| 04/16 | 39.68 | Service Charge (1) *Please refer to your Commercial Analysis Statement* |
| 04/18 | 6,000.00 | Transfer |

# CITIZENS TRADE
● CITIZENS BANK

### INTERNATIONAL BANKING SERVICES
### WIRE REQUEST FORM

[X] CBMA

[X] WIRE    [ ] DRAFT    DATE: _April 18, 2003_    [ ] CBRI

International Traders and Rate Information - Phone: 800-733-4360
Operations and Confirmation - Phone 401-456-7311 Fax: 401-455-5859 or 877-762-8237
E-Mail Address: INTBANK@CITIZENSBANK.COM

[ ] CBNH

[ ] CBCT

| ORDERING CUSTOMER INFORMATION | TRANSACTION INFORMATION |
|---|---|
| NAME: _IRVING A. BACKMAN_ | FOREIGN CURRENCY [ ]    U.S. DOLLARS [X] |
| | AMOUNT: _$6,000.—_ |
| ADDRESS: _35 WENDELL ROAD_ _NEWTON, MA 02459_ | CURRENCY TYPE: (i.e. German, Deutsche Mark "DEM")    USD |
| PHONE: _617 969-2044_ | RATE: (CALL TRADERS FOR RATES) |
| CITIZENS ACCOUNT TO BE DEBITED | U.S. $ AMOUNT: $ _____ |
| DDA / CHECKING: _113070-050-7_ | FEE:    $ _____ |
| SAVINGS: _____ | TOTAL DEBIT:  $ _____ |
| SSI OR REPEAT #: _____ (if applicable) | HOLD: _____ (For Int'l Use Only) |

WIRE TO
BANK NAME: _ABN AMRO_
(Beneficiary's Bank)

BANK ADDRESS: _POST BUS 1038    2260BA LEIDSCHENDAM, The NETHERLANDS_

BANK CODES: _SWIFT ABNANL 2A_
(i.e., if applicable, Routing, S.W.I.F.T., Sort, BLZ, Etc.)

BENEFICIARY INFORMATION
ACCOUNT NAME: _576 327 433 EDWARD LEVIN_    ACCOUNT NUMBER: _576 327 433_

ACCOUNT ADDRESS: _EDWARD LEVIN_

DETAILS OF PAYMENT: _FEE PAYMENT_

It is understood that this payment will be initiated/draft will be issued at the applicant's risk and that Citizens Bank's International Division and or their agents accept no liability whatever, for any delay in transit or from failure to identify the beneficiary, or in case of a Draft that is stolen, misplaced or otherwise lost when it is in the possession of the applicant. If this transaction is in a Foreign Currency, it is understood that the applicable rate of exchange will be that ruling on the day of processing at Citizens Bank unless otherwise previously agreed. If U.S. Dollars are to be paid outside of the United States, a correspondent bank that accepts U.S. Dollars on behalf of the foreign bank listed, must be provided. If a correspondent bank is not provided, Citizens Bank reserves the right, without liability, to convert the funds and to pay the U.S. Dollar equivalent in local currency. Any additional service fees incurred by Citizens Bank as a result of a request for research or investigation of the wire/draft will be payable in advance by the customer to Citizens Bank

For Corporate Use Only

CORPORATE AUTHORIZATION: _[signature]_

CORP CALL BACK NAME: _____    PHONE: _617 969 2044_

| For International Department Use Only | | |
|---|---|---|
| CONFIRMATION TIME | OPERATIONS INITIALS | REFERENCE NO. |
| | | |

ADDITIONAL INFORMATION TO BANK

_Please Call to Confirm—_

# EXHIBIT 13

## Itemized Categories
### 8/25/2000 Through 12/31/2000 (Cash Basis)

4/4/2006                                                                                          Page 1

| Cat/Sub | Date | Account | Num | Description | Memo | Cl | Amount |
|---------|------|---------|-----|-------------|------|----|--------|
| **EXPENSES** | | | | | | | |
| **Legal Fees** | | | | | | | |
| | 8/31/2000 | Checking-... | 17205 | JACK BACKMAN | AUGUST 2000 F... | | -2,000.00 |
| | 9/30/2000 | Checking-... | 17246 | JACK BACKMAN | SEPTEMBER 200... | | -2,000.00 |
| | 10/31/2000 | Checking-... | 17284 | JACK BACKMAN | OCTOBER 2000 ... | | -2,000.00 |
| | 11/30/2000 | Checking-... | 17328 | JACK BACKMAN | NOVEMBER 200... | | -2,000.00 |
| | 12/29/2000 | Checking-... | 17371 | JACK BACKMAN | DECEMBER 200... | | -2,000.00 |
| **TOTAL Legal Fees** | | | | | | | **-10,000.00** |
| | | | | | | | |
| **TOTAL EXPENSES** | | | | | | | **-10,000.00** |
| | | | | | | | |
| **OVERALL TOTAL** | | | | | | | **-10,000.00** |

---

☐ VOID    ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | OMB No. 1545-0115 |
|---|---|---|
| .G BACKMAN<br><br>5 WENDELL ROAD<br>NEWTON MA 02459<br>(617) 969-2044 | **1** Rents $ <br> **3** Other income $ <br> **5** Fishing boat proceeds $ <br> **2** Royalties $ <br> **4** Federal income tax withheld $ <br> **6** Medical & health care pmts. $ | **2002**<br>**Miscellaneous Income**<br>Form **1099-MISC** |

**PAYER'S Federal identification number** 04-2381698   **RECIPIENT'S identification number** 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

**7** Nonemployee compensation $ 12000.00   **8** Substitute payments in lieu of dividends or interest $

**Copy C For Payer**

**RECIPIENT'S name**   Check to enter separate first and last names.
JACK BACKMAN

**9** Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐   **10** Crop insurance proceeds $

For Privacy Act and Paperwork Reduction Act Notice, see the 2002 General Instructions for Forms 1099, 1098, 5498, and W-2G.

Street address (including apt no.)
250 HAMMOND POND PKWY., #508

**13** Excess golden parachute payments $   **14** Gross proceeds paid to an attorney $

**15**

City, state, and ZIP code
CHESTNUT HILL MA 02467

Account number(optional)          2nd TIN Not. ☐

**16** State tax withheld $          **17** State/Payer's state no.          **18** State income $

Form **1099-MISC**
DXA                                                      Department of the Treasury - Internal Revenue Service

---

☐ VOID    ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | OMB No. 1545-0115 |
|---|---|---|
| IRVING BACKMAN<br><br>35 WENDELL ROAD<br>NEWTON MA 02459<br>(617) 969-2044 | **1** Rents $ <br> **3** Other income $ <br> **5** Fishing boat proceeds $ <br> **2** Royalties $ <br> **4** Federal income tax withheld $ <br> **6** Medical & health care pmts. $ | **2001**<br>**Miscellaneous Income**<br>Form **1099-MISC** |

**PAYER'S Federal identification number** 04-2381698   **RECIPIENT'S identification number** 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

**7** Nonemployee compensation $ 24000.00   **8** Substitute payments in lieu of dividends or interest $

**Copy C For Payer**

**RECIPIENT'S name**
JACK BACKMAN

**9** Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐   **10** Crop insurance proceeds $

For Privacy Act and Paperwork Reduction Act Notice, see the 2001 General Instructions for Forms 1099, 1098, 5498, and W-2G.

Street address (including apt no.)
250 HAMMOND POND PKWY. #508 S.

**13** Excess golden parachute payments $   **14** Gross proceeds paid to an attorney $

**15**

City, state, and ZIP code
CHESTNUT HILL MA 02467

Account number(optional)          2nd TIN Not. ☐

**16** State tax withheld $          **17** State/Payer's state no.          **18** State income $

Form **1099-MISC**
DXA                                                      Department of the Treasury - Internal Revenue Service

# EXHIBIT 14

## Itemized Categories
### 9/1/2001 Through 12/31/2004 (Cash Basis)

4/4/2006

Page 1

| Cat/Sub | Date | Account | Num | Description | Memo | CI | Amount |
|---|---|---|---|---|---|---|---|
| **EXPENSES** | | | | | | | |
| **Office Expense** | | | | | | | |
| | 9/21/2004 | Checking-... | 19963 | John Leonard Employm... | Inv#47119 - 9/10/... | | -308.66 |
| | 10/5/2004 | Checking-... | 19976 | John Leonard Employm... | Inv#47239 - 9/17/... | | -111.32 |
| TOTAL Office Expe... | | | | | | | -419.98 |
| | | | | | | | |
| **Temporary Help** | | | | | | | |
| | 12/6/2002 | Checking-... | 19083 | John Leonard Employm... | | | -160.00 |
| | 12/30/2002 | Checking-... | 19117 | John Leonard Employm... | W/E 12/6/02 - Inv... | | -80.96 |
| | 1/9/2003 | Checking-... | 19137 | John Leonard Employm... | 12/13/02 - Inv#36... | | -146.74 |
| | 1/21/2003 | Checking-... | 19145 | John Leonard Employm... | Inv#36606 - 1/3/... | | -333.96 |
| | 1/28/2003 | Checking-... | 19152 | John Leonard Employm... | Inv#36726 - 1/10 | | -177.10 |
| | 1/30/2003 | Checking-... | 19161 | John Leonard Employm... | Inv#36839 - 1/17/... | | -166.98 |
| | 2/6/2003 | Checking-... | 19173 | John Leonard Employm... | Inv#36960 - 1/24/... | | -92.04 |
| | 2/19/2003 | Checking-... | 19190 | John Leonard Employm... | Inv#26153 - 1/31/... | | -197.34 |
| | 2/26/2003 | Checking-... | 19201 | John Leonard Employm... | Inv#37214 - 2/7/03 | | -187.22 |
| | 3/5/2003 | Checking-... | 19214 | John Leonard Employm... | Inv#37331 - 2/14/... | | -187.22 |
| | 3/11/2003 | Checking-... | 19224 | John Leonard Employm... | Inv#37470 - 2/21/... | | -197.34 |
| | 3/13/2003 | Checking-... | 19228 | John Leonard Employm... | Inv#37606 -2/28/03 | | -182.16 |
| | 3/24/2003 | Checking-... | 19241 | John Leonard Employm... | Inv#37744 -3/7/03 | | -192.28 |
| | 3/27/2003 | Checking-... | 19251 | John Leonard Employm... | Inv#37871 -3/14/03 | | -182.16 |
| | 4/22/2003 | Checking-... | 19281 | John Leonard Employm... | Inv#38182 - 4/4/03 | | -192.28 |
| | 4/29/2003 | Checking-... | 19293 | John Leonard Employm... | Inv#38422 - 4/11... | | -192.28 |
| | 5/9/2003 | Checking-... | 19306 | John Leonard Employm... | Inv#37989 3/21/0... | | -268.18 |
| | 5/15/2003 | Checking-... | 19326 | John Leonard Employm... | #38689 - 4/25/03 ... | | -379.50 |
| | 5/21/2003 | Checking-... | 19335 | John Leonard Employm... | 5/9/03 - Inv. #389... | | -182.16 |
| | 6/3/2003 | Checking-... | 19344 | John Leonard Employm... | 5/23/03 - Inv. #38... | | -192.28 |
| | 6/10/2003 | Checking-... | 19356 | John Leonard Employm... | 5/16/03 - Inv# 39... | | -273.24 |
| | 6/11/2003 | Checking-... | 19361 | John Leonard Employm... | 5/30/03 - Inv# 39... | | -207.46 |
| | 6/17/2003 | Checking-... | 19366 | John Leonard Employm... | 6/6/03 Inv#39471 | | -192.28 |
| | 6/25/2003 | Checking-... | 19376 | John Leonard Employm... | 6/13/03 Inv#39597 | | -151.80 |
| | 7/17/2003 | Checking-... | 19407 | John Leonard Employm... | 6/20/03 Inv#39727 | | -91.08 |
| | 9/14/2004 | Checking-... | 19945 | John Leonard Employm... | Inv.46878 - 8/27/04 | | -111.32 |
| TOTAL Temporary ... | | | | | | | -4,917.36 |
| | | | | | | | |
| **TOTAL EXPENSES** | | | | | | | -5,337.34 |
| | | | | | | | |
| **OVERALL TOTAL** | | | | | | | -5,337.34 |