UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRVING A. BACKMAN,<br><br>  Plaintiff<br><br>V.<br><br>RAMZAY GROUP OF COMPANIES,<br><br>  Defendant | CIVIL ACTION NO. 04-12488 WGY |

### AFFIDAVIT IN SUPPORT OF REQUEST FOR DEFAULT JUDGMENT AS TO THE DEFENDANT

I, Thomas T. Reith, an associate of Burns & Levinson LLP, One Beacon Street, Boston, MA 02108, counsel to the Plaintiff, Irving A. Backman, do hereby depose and say:

1. The Defendant, Ramzay Group of Companies, is not a person in military service as defined in Article I of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended.

2. The Defendant, Ramzay Group of Companies, is not an infant or incompetent person.

Signed this 10th day of April 2006 under the pains and penalties of perjury.

/s/ Thomas T. Reith
Thomas T. Reith, BBO #648671
BURNS & LEVINSON LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 854-4000

## CERTIFICATE OF SERVICE

I, Thomas T. Reith, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). I, Thomas T. Reith, hereby further certify that paper copies of this document have been sent via international mail, return receipt requested, and electronic copies of this document have been emailed to those indicated as non-registered participants on April 10, 2006.

/s/ Thomas T. Reith