Appendix A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Irving A. Backman
_____
Plaintiff(s)

v.                                    CIVIL ACTION NO. 04-12488WGY

Ramzay Group of Companies
_____
Defendant(s)

### FORM OF DEFAULT JUDGMENT

___Young___, D.J.

Defendant _Ramzay Group of Companies_ having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $ _901,186.76_ that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $ _250.00 (for filing fee)_ .

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant _Ramzay Group of Companies_ the principal amount of $_901,186.76_ *, with costs in the amount of $ _250.00_ and prejudgment interest at the rate of _12_ % from _July 18, 2003_ to _April 10, 2006_ in the amount of $ _303,983.91_ * for a total judgment of $ _1,205,920.60_ with interest as provided by law.

EF:
Dated: ~~April 10,~~ May 2, 2006

By the Court,

_Elizabeth Smith_
Deputy Clerk

NOTE: The post judgment interest rate effective this date is _4.96_%. (To be determined by Clerk)
* plus $500.00 for sanctions due and owing.

3