UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRVING A. BACKMAN,<br><br>    Plaintiff<br><br>V.<br><br>RAMZAY GROUP OF COMPANIES,<br><br>    Defendant | CIVIL ACTION NO. 04-12488 WGY |

**PLAINTIFF'S REQUEST FOR ISSUANCE OF EXECUTION AS TO THE DEFENDANT**

Pursuant to Fed.R.Civ.P. Rule 69, the Plaintiff, Irving A. Backman ("Backman"), requests that this Court issue an execution as to the Defendant, Ramzay Group of Companies (the "Defendant").

As grounds therefor, Backman states that upon his application for default judgment as to the Defendant and this Court's consideration of same, this Court entered default judgment against the Defendant on May 2, 2006 in the amount of $1,205,930.60 with post-judgment interest to be assessed thereon at a rate of 4.9% per annum. See Exhibit A hereto, which is a true and accurate copy of the May 2, 2006 *Form of Default Judgment*. The Defendant has failed to appeal the entry of default judgment within the time permitted. Backman is entitled to enforce said default judgment and requires the requested execution to do same.

WHEREFORE, Backman respectfully requests that this Court issue an execution in his favor as to the Defendant in the amount of $1,205,930.60, plus post-judgment interest to be assessed thereon at a rate of 4.9% per annum by the Clerk at the time of issuance of the execution.

                                      Respectfully submitted,

                                      IRVING A. BACKMAN,
                                      By his attorneys,

                                      /s/ Thomas T. Reith
                                      Lawrence G. Green, BBO #209060
                                      Thomas T. Reith, BBO #648671
                                      BURNS & LEVINSON LLP
                                      One Beacon Street
                                      Boston, Massachusetts 02108
Dated: June 19, 2006                  (617) 854-4000

## CERTIFICATE OF SERVICE

I, Thomas T. Reith, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). I, Thomas T. Reith, hereby further certify that a paper copy of this document has been sent via international mail, return receipt requested to the Defendant's Managing Agent on June 19, 2006.

                                      /s/ Thomas T. Reith

# EXHIBIT A

Appendix A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

~~Irving A. Backman~~
Plaintiff(s)

v.                                      CIVIL ACTION NO. 04-12488WGY

Ramzay Group of Companies
Defendant(s)

### FORM OF
### DEFAULT JUDGMENT

_____Young_____, D.J.

Defendant __Ramzay Group of Companies__ having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $ __901,186.76__ that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $__250.00 (for filing fee)__ .

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant __Ramzay Group of Companies__ the principal amount of $__901,186.76__ * , with costs in the amount of $ __250.00__ and prejudgment interest at the rate of __12__ % from __July 18, 2003__ to __April 10, 200__6 in the amount of $ __303,983.91*__ for a total judgment of $ __1,205,920.60__ with interest as provided by law.

EFS:
Dated: ~~April 10,~~ May 2, 2006

By the Court,
_____
Deputy Clerk

NOTE: The post judgment interest rate effective this date is 4.9%. (To be determined by Clerk)

* plus $500.00 for sanctions due and owing.

3